BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRAD P. ROSENBERG
CARLOTTA P. WELLS
Assistant Branch Directors

ZACHARY A. AVALLONE (D.C. Bar No. 1023361)
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Tel:     (202) 514-2705
Fax:    (202) 616-8470
Email: zachary.a.avallone@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY POWERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DENIS RICHARD MCDONOUGH, in his official capacity as Secretary of the Department of Veterans Affairs; *et al.*,<br><br>Defendants. | Case No. 2:22-cv-08357-JFW-JEM<br><br>**DECLARATION OF LEAD TRIAL COUNSEL** |

1

I, Zachary A. Avallone, submit this declaration pursuant to this Court's Standing Order, § 3, filed in this case at ECF No. 13. I write to notify the Court that I am the lead trial counsel for Defendants in this matter. I have registered as an CM/ECF User, and my email address is zachary.a.avallone@usdoj.gov.

All Defendants in this case are government officials sued in their official capacity, so pursuant to L.R. 7.1-1, Defendants do not need to file a Notice of Interested Parties.

I confirm that I have read the Court's Standing Order and the Local Rules.

DATED:  January 18, 2023                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

BRAD P. ROSENBERG
CARLOTTA P. WELLS
Assistant Branch Directors

*/s/ Zachary A. Avallone*
ZACHARY A. AVALLONE
      (DC Bar No. 1023361)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs
Branch
1100 L Street, N.W.
Washington, DC  20005
Tel:   (202) 514-2705
Fax:   (202) 616-8470
Email: zachary.a.avallone@usdoj.gov

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

On January 18, 2023, I served the foregoing document on all other parties using the Court's ECF system, which satisfies service requirements pursuant to L.R. 5-3.2.

*/s/ Zachary A. Avallone*

Zachary A. Avallone

Counsel for Defendants

1