BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
CARLOTTA P. WELLS
Assistant Branch Directors

ZACHARY A. AVALLONE (D.C. Bar No. 1023361)
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel:   (202) 514-2705
Fax:   (202) 616-8470
Email: zachary.a.avallone@usdoj.gov

*Counsel for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY POWERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DENIS RICHARD MCDONOUGH, in his official capacity as Secretary of Veterans Affairs; *et al.*,<br><br>Defendants. | Case No. 2:22-cv-08357-DOC-JEM<br><br>**DEFENDANT SECRETARY OF HOUSING AND URBAN DEVELOPMENT'S MOTION AND NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:   August 21, 2023<br>Time:   8:30 a.m.<br>Place:  Courtroom 10A<br>Judge:  Hon. David O. Carter |

Defendant Marcia L. Fudge, in her official capacity as Secretary of United States Department of Housing and Urban Development ("HUD") moves to dismiss all counts raised in Plaintiffs' First Amended Complaint, ECF No. 33 ("FAC"), pursuant to Rules 12(b)(1) and 12(b)(6) for the reasons explained in this motion and the accompanying memorandum in support. Plaintiffs, disabled veterans who allegedly lack permanent housing, and an association, National Veterans Foundation, have sued HUD (and others) alleging violations of the Rehabilitation Act. Only the first, second, and third claims in the Amended Complaint are brought against HUD.

Defendant HUD moves to dismiss all claims for lack of jurisdiction as they involve factual and legal questions that affact veterans benefits and Congress has vested exclusive jurisdiction for review of veterans benefits—including those provided by the HUD-Veterans Affairs Supportive Housing ("HUD-VASH") program—in the Veterans Court and the Federal Circuit through the Veterans' Judicial Review Act ("VJRA"). HUD also moves to dismiss all claims for lack of standing pursuant to Rule 12(b)(1) and for failure to state a viable claim pursuant to Rule 12(b)(6).

The defects in these claims cannot be cured through an amended pleading, so the Court should dismiss the amended complaint in its entirety as to HUD without leave to amend.

DATED: June 23, 2023                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
CARLOTTA P. WELLS
Assistant Branch Directors

*/s/ Zachary A. Avallone*
ZACHARY A. AVALLONE
    (DC Bar No. 1023361)
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel:   (202) 514-2705
Fax:   (202) 616-8470
Email: zachary.a.avallone@usdoj.gov

*Counsel for Federal Defendants*

DEFENDANT HUD'S MOTION AND NOTICE OF MOTION TO
DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

**CERTIFICATE OF SERVICE**

On June 23, 2023, I served the foregoing document on all other parties using the Court's ECF system, which satisfies service requirements pursuant to L.R. 5-3.2.

/s/ Zachary A. Avallone
Zachary A. Avallone
*Counsel for Federal Defendants*

**CERTIFICATE OF CONFERENCE**

Counsel for HUD and counsel for Plaintiffs conferred regarding this motion on June 16, 2023. Plaintiffs oppose the relief sought in this motion.

/s/ Zachary A. Avallone
Zachary A. Avallone
*Counsel for Federal Defendants*