UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**<u>CIVIL MINUTES – GENERAL</u>**

Case No. 2:22-cv-08357-DOC-JEM                                      Date:  August 8, 2023

Title: JEFFREY POWERS ET AL V. DENIS RICHARD MCDONOUGH ET AL.

PRESENT:

<u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

| <u>Karlen Dubon</u> | <u>Not Present</u> |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE**

On June 23, 2023, Defendant Secretary of Housing and Urban Development ("HUD") filed their motion to dismiss (Dkt. 49). On July 7, 2023, Defendant Housing Authority of the City of L.A. ("HACLA") filed their motion to dismiss (Dkt. 51). Plaintiffs' deadline to oppose Defendant HUD's motion to dismiss was July 24, 2023. *See* Dkt. 48. To date, Plaintiffs have not filed an opposition to Defendant HUD and HACLA's motions.

Plaintiffs are hereby **ORDERED** to show cause no later than **4 p.m.** on **Friday, August 11, 2023**, why their opposition brief to HUD's motion was not timely filed and why Defendants' motions should not be granted as unopposed pursuant to Local Rule 7-12.

The Court further **SETS** a status conference for **Monday, August 14, 2023** at **11:00 A.M.** The hearing will take place in Courtroom 10A at U.S. Courthouse, 411 West 4th Street, Santa Ana, CA 92701.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                                 Initials of Deputy Clerk: kdu

CIVIL-GEN