1  BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General
2
3  JULIE STRAUS HARRIS
   CARLOTTA P. WELLS
   Assistant Branch Directors
4
5  ZACHARY A. AVALLONE (D.C. Bar No. 1023361)
   Trial Attorney
6  United States Department of Justice
7  Civil Division, Federal Programs Branch
   1100 L Street, N.W.
8  Washington, DC 20005
   Tel:    (202) 514-2705
9  Fax:    (202) 616-8470
   Email: zachary.a.avallone@usdoj.gov
10
       Counsel for Federal Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY POWERS, *et al.*, | Case No. 2:22-cv-08357-DOC-JEM |
| Plaintiffs, | **FEDERAL DEFENDANTS' NOTICE REGARDING THE COURT'S AUGUST 28, 2023 MINUTE ORDER** |
| v. | |
| DENIS RICHARD MCDONOUGH, in his official capacity as Secretary of Veterans Affairs; *et al.*, | Date:  September 18, 2023<br>Time:  10:00 a.m.<br>Place: Courtroom 10C<br>       First Street U.S. Courthouse<br>       350 W. 1st Street<br>       Los Angeles, CA 90012<br>Judge: Hon. David O. Carter |
| Defendants. | |

By Order dated August 28, 2023, the Court "request[ed] the attendance of the Secretary of the Department of Veterans Affairs Denis Richard McDonough at the hearing on September 18, 2023 . . . at 10:00 a.m. in Courtroom 10C at First Street U.S. Courthouse, 350 W. 1st Street, Los Angeles, CA 90012." ECF No. 67.

Federal Defendants respectfully submit this notice to inform the Court that Secretary McDonough ("the Secretary") is not available to attend the hearing scheduled for September 18, 2023, due to other previously scheduled commitments. The Secretary nevertheless considers this lawsuit a very high priority for the Department of Veterans Affairs ("VA"). Accordingly, the Secretary has asked Richard Hipolit, Deputy General Counsel, Veterans' Programs, Performing the Delegable Duties of The General Counsel, Department of Veterans' Affairs ("VA"), and the highest-ranking official within the VA's Office of General Counsel, to attend the hearing on behalf of the Department and the Secretary.

Relatedly, in regard to the parties' request in their September 5, 2023 joint status report that the Court set a settlement conference before another a magistrate judge or another district court judge, ECF No. 70, at 17, Federal Defendants respectfully notify the Court that should the Court schedule a settlement conference for the parties in this case, VA would ensure that sufficiently high-ranking policy officials with delegated authority to make settlement recommendations on behalf of VA are available to participate.

As the Court is aware, in civil cases against the federal government, settlement authority is committed by statute to the Attorney General, *see* 28 U.S.C. § 519, who in turn has delegated the authority to settle matters to various senior officials, depending on the nature of the case and the amount of the settlement. *See* 28 C.F.R. §§ 0.160-0.172. The settlement authority for the federal government resides in few individuals in order to promote centralized decisionmaking within the Department of Justice. Until the precise terms of a final settlement are known, it is impossible to identify which

1

Department of Justice official will have settlement authority in this case. Nevertheless, the federal government would additionally be represented at any settlement conference by Department of Justice attorneys with authority to participate in settlement discussions, evaluate proposed settlements, and make recommendations for settlement to relevant senior officials. Federal Defendants look forward to continuing to explore paths to resolving this matter without litigation.

DATED: September 13, 2023                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
CARLOTTA P. WELLS
Assistant Branch Directors

*/s/ Zachary A. Avallone*
ZACHARY A. AVALLONE
        (DC Bar No. 1023361)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel:    (202) 514-2705
Fax:    (202) 616-8470
Email: zachary.a.avallone@usdoj.gov

*Counsel for Federal Defendants*

**CERTIFICATE OF SERVICE**

On September 13, 2023, I served the foregoing document on all other parties using the Court's ECF system, which satisfies service requirements pursuant to Local Rule 5-3.2.

/s/ *Zachary A. Avallone*
Zachary A. Avallone
Counsel for Federal Defendants