**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: LA CV 22-08357-DOC-(JEMx)                    Date: September 18, 2023

Title:   Jeffrey Powers, et al. v. Denis Richard McDonough, et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Karlen Dubon | Court Smart |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Roman M. Silberfeld, Tommy H. Du, Mark D. Rosenbaum | Zachary Avallone, Brad P. Rosenberg, Keith E. Smith, Kristin Grotecloss, Richard Hipolit |

PROCEEDINGS:        **MOTION TO DISMISS CASE FILED BY VETERANS AFFAIRS DEFENDANTS STEVEN BRAVERMAN, KEITH HARRIS, DENIS RICHARD MCDONOUGH [37]**

**MOTION TO DISMISS CASE FILED BY DEFENDANT HUD [49]**

**MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [51]**

The case is called. The Court and counsel confer.

The Court hears arguments. Supplemental briefs are to be filed on or before September 29, 2023.

Motion to Dismiss Case [37], Motion to Dismiss Case Filed by Defendant HUD [49], and Motion to Dismiss Plaintiff's First Amended Complaint [51] are taken under submission.

3      :      18

Initials of Deputy Clerk: kdu