IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY POWERS, DEAVIN SESSOM, LAURIEANN WRIGHT, SAMUEL CASTELLANOS, JOSEPH FIELDS, LAVON JOHNSON, BILLY EDWARDS, JESSICA MILES, JOSHUA ROBERT PETITT, GLENN SURRETTE, NARYAN STIBBIE, DOES 1-2, and NATIONAL VETERANS FOUNDATION, all individually and as class representatives,<br><br>Plaintiffs,<br><br>vs.<br><br>DENIS RICHARD MCDONOUGH, in his official capacity, Secretary of Veterans Affairs;<br><br>MARCIA L. FUDGE, in her official capacity, Secretary of Housing and Urban Development;<br><br>DOUGLAS GUTHRIE, in his official capacity, President, Housing Authority of the City of Los Angeles;<br><br>ROBERT MERCHANT, in his official capacity, Acting Director, VA Greater Los Angeles Healthcare System;<br><br>KEITH HARRIS, in his official capacity, Senior Executive Homelessness Agent, VA Greater Los Angeles Healthcare System,<br><br>Defendants. | Case No.: 2:22-cv-08357-DOC-JEM<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE SUPPLEMENTAL BRIEFING SCHEDULE** [78] |

-1-

ORDER GRANTING JOINT STIPULATION TO CONTINUE SUPPLEMENTAL BRIEFING SCHEDULE

Based on the Joint Stipulation of the parties and for good cause shown, the Court hereby orders as follows: the supplemental briefs on the motions to dismiss shall be filed on or before **October 6, 2023**.

IT IS SO ORDERED.

DATE:   September 25, 2023

*David O. Carter*

DAVID O. CARTER
United States District Judge