**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY POWERS et al., | Case No.: 2:22-cv-08357 DOC (JEMx) |
| *Plaintiffs*, | *Hon. David O. Carter* |
| v. | **[PROPOSED] ORDER GRANTING LEAVE TO FILE AMICUS BRIEF** |
| DENIS RICHARD MCDONOUGH, in his official capacity as Secretary of Veterans Affairs, et al., | |
| *Defendants*. | |

The Court, having considered the motion of non-party Legal Scholars for leave to file an amicus brief, and finding good cause therefor, hereby GRANTS the motion and ORDERS the non-party to promptly file the proposed amicus brief attached to the motion.

IT IS SO ORDERED.


Dated:

_____

David O. Carter, U.S. District Judge