NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Keith E. Smith (State Bar No. 244505)
Nida P Channah (State Bar No. 322460)
WOOD, SMITH, HENNING & BERMAN LLP
21804 Cactus Avenue, Suite 200, Riverside, California 92518
Phone: 951 779 5000 ♦ Fax: 951 755 1650
Attorneys for Defendant, DOUGLAS GUTHRIE, in his official capacity, President, Housing Authority of the City of Los Angeles

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JEFFREY POWERS, et al.

Plaintiff(s),

v.

DENIS RICHARD MCDONOUGH, et al.

Defendant(s)

CASE NUMBER:
2:22-cv-08357-DOC(JEMx)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant, Douglas Guthrie, in his official capacity, President, Housing Authority of the City of Los Angeles or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jeffrey Powers, Deavin Sessom, Laurieann Wright, Samuel Castellanos, Joseph Fields, Lavon Johnson, Billy Edwards, Jessica Miles, Joshua Robert Petitt, Glenn Surrette, Naryan Stibble, National Veterans Foundation | Plaintiffs |
| Denis Richard Mcdonough, in his official capacity, Secretary, Department of Veterans Affairs; Marica L. Fudge, in her official capacity, Secretary, Department of Housing and Urban Development; Douglas Guthrie, in his official capacity, President, Housing Authority of the City of Los Angeles; Steven Braverman, in his official capacity, Director, VA Greater Los Angeles Healthcare System; Keith Harris, in his official capacity, Senior Executive Homelessness Agent, VA Greater Los Angeles Healthcare System | Defendants |
| Legal Scholars | Amici Curiai |
| Amici Law Professors (Erwin Chemernsky et al.) | Amici Curiai |

January 22, 2024                     /s/ Keith E. Smith
Date                                  Signature

Attorney of record for (or name of party appearing in pro per):

CV-30 (05/13)                **NOTICE OF INTERESTED PARTIES**