ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ERNEST J. GUADIANA, State Bar No. 276095
 eguadiana@elkinskalt.com
JULIE Z. KIMBALL, State Bar No. 252449
 jkimball@elkinskalt.com
SEAN A. McCORMICK, State Bar No. 295711
 smccormick@elkinskalt.com
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Bridgeland Resources, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY POWERS, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>DENIS RICHARD MCDONOUGH, et al.,<br><br>    Defendants. | Case No. 2:22-cv-08357-DOC-JEMx<br><br>**ERRATA REGARDING EXHIBIT A TO DECLARATION OF WILLIAM DEPUY IN SUPPORT OF BRIDGELAND RESOURCES, INC.'S MOTION FOR LEAVE TO FILE COMPLAINT IN INTERVENTION PURSUANT TO FED. R. CIV. P. 24**<br><br>Date: April 4, 2024<br>Time: 9:00 a.m.<br>Place: Los Angeles, First Street Courthouse<br>Before: Hon. David O. Carter<br>Action Filed: November 15, 2022<br>Trial Date: July 23, 2024 |

ERRATA REGARDING EXHIBIT TO THE DECLARATION OF WILLIAM DEPUY

Proposed Intervenor-Plaintiff Bridgeland Resources, LLC ("Bridgeland") submits an errata to Exhibit A to the Declaration of William DePuy (Doc. 144-3, pg. 11 of 76) filed in support of Bridgeland's pending Motion to File Complaint in Intervention Pursuant to Fed. R. Civ. P. 24.

The Exhibit A is a graphical diagram of the WLA Drillsite and areas covered under relevant leases. Due to a formatting error that occurred during filing, the original exhibit is cropped and incomplete.

Bridgeland submits a corrected Exhibit A attached to this Notice.

DATED: March 28, 2024         ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP


By: */s/ Sean A. McCormick*
SEAN A. McCORMICK
Attorneys for Bridgeland Resources, LLC

# **EXHIBIT A**

