# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No: LA CV 22-08357-DOC-(JEMx) | Date: May 2, 2024 |

Title: Jeffrey Powers, et al. v. Denis Richard McDonough, et al.

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFF:** | **ATTORNEYS PRESENT FOR DEFENDANT:** |
|---|---|
| Tommy H. Du | Brad P. Rosenberg, Cody Knapp |
| Roman Silberfeld | Taylor Pitz |
| Mark Rosenbaum | Intervenor: Ernest Guadiana |

**PROCEEDINGS:**      **MOTION TO CERTIFY CLASS [167]**
*(held at Los Angeles First Street)*

The case is called. The Court distributes tentative.

The Court hears oral arguments from both plaintiff and defendants.

The Court takes arguments under advisement. Written order to be issued.

Dates for the 7/15/2024 final pretrial conference and the 8/6/2024 jury trial remain unchanged.

The Court orders the transcript of the hearing held May 2, 2024 be immediately produced at the government's expense and billed at the daily rate.

The transcript shall be prepared forthwith and filed on the docket with immediate release to the public.

The transcript will also be available to download on the Court's Cases of Interest webpage, located here: http://www.cacd.uscourts.gov/newsworthy/cases-of-interest.

cc: CourtRecording_CACD@cacd.uscourts.gov
    Transcripts_CACD@cacd.uscourts.gov
    Reporter_CACD@cacd.uscourts.gov

1 : 07

Initials of Deputy Clerk: kdu