ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ERNEST J. GUADIANA, State Bar No. 276095
  *eguadiana@elkinskalt.com*
JULIE Z. KIMBALL, State Bar No. 252449
  *jkimball@elkinskalt.com*
SEAN A. McCORMICK, State Bar No. 295711
  *smccormick@elkinskalt.com*
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Bridgeland Resources, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY POWERS, et al., | Case No. 2:22-cv-08357-DOC-JEMx |
| Plaintiff, | |
| v. | **BRIDGELAND RESOURCES, INC.'S INITIAL RULE 26(a)(1) DISCLOSURE STATEMENT** |
| DENIS RICHARD MCDONOUGH, et al., | |
| Defendants. | Action Filed: November 15, 2022 |
| | Trial Date: July 23, 2024 |
| BRIDGELAND RESOURCES, LLC, | |
| Intervenor. | |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

5327129

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Intervenor Bridgeland Resources, LLC ("Bridgeland"), hereby discloses the following:

This Initial Disclosure Statement and its contents represent the product of investigation to date.  As Bridgeland's participation in this matter is only in its initial phase, further investigation and discovery may shed light on additional information that bears on Bridgeland's theories and claims.  Accordingly, this Initial Disclosure Statement is not intended to represent Bridgeland's complete case.

Bridgeland reserves the right to rely on witnesses, documents, and other information that may come to it or its counsel's attention through discovery and trial preparation.  Bridgeland also reserves the right to modify or supplement these disclosures as discovery proceeds.  If necessary, Bridgeland will supplement these disclosures pursuant to Federal Rule of Civil Procedure 26(e).

## I. Rule 26(a)(1)(A)(i): Individuals Who May Possess Relevant, Discoverable Information That Bridgeland May Rely Upon in Support of Its Claims

At this time, Bridgeland has not yet made a complete determination of who it will call as its witnesses at trial.  However, based on information presently known to Bridgeland of the issues involved in this case, Bridgeland anticipates calling the witnesses described below. Bridgeland reserves the right to identify later in this litigation other witnesses who are expected to testify at trial.

### 1. Scott Wood, Bridgeland's Chief Executive Officer

Mr. Wood may testify as to the leases, licenses, and agreements under which Bridgeland holds an interest concerning the WLA Drillsite. He may also testify as to Bridgeland's operations at the WLA Drillsite

Elkins Kalt Weintraub Reuben Gartside LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

BRIDGELAND'S INITIAL RULE 26(a)(1) DISCLOSURE STATEMENT

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

and the history of the WLA Drillsite and operations that occurred there. He may also testify as to Bridgeland's revenues, profits, royalties, and costs of production for wells at the WLA Drillsite, and the effects on Bridgeland and its operations in the event the 2017 Surface Agreement with the VA is no longer in effect. He may be contacted through Bridgeland's counsel.

**2.    William DePuy, Bridgeland's General Counsel**

Mr. DePuy may testify as to the leases, licenses, and agreements under which Bridgeland holds an interest concerning the WLA Drillsite. He may also testify as to Bridgeland's operations at the WLA Drillsite and the history of the WLA Drillsite and operations that occurred there. He may also testify as to Bridgeland's revenues, profits, royalties, and costs of production for wells at the WLA Drillsite, and the effects on Bridgeland and its operations in the event the 2017 Surface Agreement with the VA is no longer in effect. He may be contacted through Bridgeland's counsel.

**3.    Arash Memarzadeh, Engineering Manager at Bridgeland**

Mr. Memarzadeh may testify as to Bridgeland's operations, revenues, profits, royalties, and costs of production for wells at the WLA Drillsite, and the effects on Bridgeland and its operations in the event the 2017 Surface Agreement with the VA is no longer in effect. He may be contacted through Bridgeland's counsel.

**4.    Vijay Kulkarni, Senior Engineer at Bridgeland**

Mr. Kulkarni may testify as to Bridgeland's operations, revenues, profits, royalties, and costs of production for wells at the WLA Drillsite, and the effects on Bridgeland and its operations in the event the 2017

1  Surface Agreement with the VA is no longer in effect.  He may be
2  contacted through Bridgeland's counsel.

3      **5.**    **<u>Jason Downs, CPL</u>**

4      Mr. Downs may have knowledge concerning Breitburn's
5  negotiations of the (i) 2017 Surface Agreement with the VA and (ii) 2016
6  Partial Surrender of Surface Rights between Breitburn, the VA, and
7  BLM.  On information and belief, Mr. Downs's address and telephone
8  number are: Chevron Pipe Line Company, 601 S. Vail Avenue,
9  Montebello, CA 90640, 310-669-4005.

10      **6.**    **<u>Dr. Steven Braverman, U.S. Department of Veterans</u>**
11  **<u>Affairs</u>**

12      Dr. Braverman may have knowledge as to the leases, licenses, and
13  agreements under which Bridgeland holds an interest concerning the
14  WLA Drillsite.  He may also have knowledge as to the history of the
15  WLA Drillsite and operations that occurred there.

16      **7.**    **<u>Individuals identified in Administrative Record:</u>**

17      The following individuals appear in the government's
18  administrative record (AR_Breitburn_001-457) and may have knowledge
19  regarding Bridgeland's claims, including, without limitation, knowledge
20  of the negotiations and intent regarding the 2017 Surface Agreement
21  and 2016 Partial Surrender of Surface Rights.  Where available, contact
22  information is provided on information and belief.  Bridgeland does not
23  at this time have contact information each individual.

24      •   Jeff Prude, U.S. Bureau of Land Management, 3801 Pegasus
Dr., Bakersfield, CA 93308; 661-391-6140.

25
26      •   John Hodge, U.S. Bureau of Land Management, phone
number and address currently unknown.

27      •   Debra Marsh, U.S. Bureau of Land Management, phone
number and address currently unknown.

28

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

- Christopher Finley, U.S. Department of Veterans Affairs, 202-382-2724; address currently unknown.

- Cameron V. Gore, Esq., U.S. Department of Veterans Affairs, 810 Vermont Avenue, N.W., Washington D.C. 20420; 202-461-7612.

- Heidi Marston, U.S. Department of Veterans Affairs, phone number and address currently unknown.

- Alan Trinh, U.S. Department of Veterans Affairs, phone number and address currently unknown.

- Caitlin Cunningham, U.S. Department of Veterans Affairs, phone number and address currently unknown.

- Amanda Hendry, U.S. Department of Veterans Affairs, phone number and address currently unknown.

- Charles Bolen, U.S. Department of Veterans Affairs, phone number and address currently unknown.

8. <u>**Unknown persons who may have information relevant to Bridgeland's claims, including but not limited to:**</u>

(a) Representatives at the Department of Veterans Affairs with knowledge of (i) WLA Drillsite operations, leases, licenses, and agreements, and (ii) negotiations with Breitburn for the 2017 Surface Agreement and 2016 Partial Surrender of Surface Rights;

(b) Representatives at the Bureau of Land Management with knowledge of (i) BLM's mineral leases at the WLA Grounds, (ii) BLM's policies and regulations concerning surface access and communitization of leases, and (iii) negotiations with Breitburn for the 2017 Surface Agreement and 2016 Partial Surrender of Surface Rights;

(c) Representatives at the Disabled American Veterans Los Angeles Chapter with knowledge of

royalties paid by Bridgeland and the services provided by such royalties; and

(d)     Plaintiffs and non-parties who have utilized, or may utilize in the future, transportation services provided by Disabled American Veterans Los Angeles Chapter.

## II.     Rule 26(a)(1)(A)(ii): Documents and Categories of Documents or Other Information that Bridgeland May Rely Upon in Support of Its Claims

At this time, Bridgeland has not yet made a complete determination of the documents and categories of documents it may rely on in support of its claims.  However, based information presently known to Bridgeland of the issues involved in this case, Bridgeland anticipates relying on the categories of documents described below.  Bridgeland reserves the right to identify later in this litigation other documents and/or categories of documents it may rely upon.

1.     Documents attached to Bridgeland's Complaint in Intervention and Motion to Intervene.

2.     Leases, licenses, and agreements governing Bridgeland's rights at the WLA Drillsite, including mineral leases and agreements with private parties whose minerals Bridgeland produces at the WLA Drillsite.

3.     Bridgeland's records concerning mineral production, revenues, costs, and royalty payments for wells at the WLA Drillsite.

4.     Documents related to the history of operations at the WLA Drillsite.

5.     The government's Administrative Record concerning the Amendment, Revival, and Extension of the Revocable License for Non-

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

BRIDGELAND'S INITIAL RULE 26(a)(1) DISCLOSURE STATEMENT

1  Federal Use of Real Property Agreement, between the Department of

2  Veterans Affairs as licensor and Breitburn Operating LP as licensee,

3  dated March 7, 2017.

4          6.      The 1888 Deed for the WLA Grounds.

5          7.      Master Plans for the WLA Grounds.

6          8.      Documents sufficient to show typical royalties and/or

7  consideration paid for operator passthrough and/or easement rights.

**III.    Rule 26(a)(1)(A)(iii): Computation of Damages**

8
9          Bridgeland is not seeking monetary damages, but instead

10 declaratory relief.

**IV.    Rule 26(a)(1)(A)(iv): Insurance Agreements**

11
12         Bridgeland is not presently aware of insurance agreements that

13 may provide coverage in this dispute.

14

15 DATED:  May 6, 2024              ELKINS KALT WEINTRAUB REUBEN
                                     GARTSIDE LLP
16

17

18                               By: _____
19                                   SEAN A. McCORMICK
20                                   Attorneys for Bridgeland Resources,
                                     LLC
21

22

23

24

25

26

27

28

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

BRIDGELAND'S INITIAL RULE 26(a)(1) DISCLOSURE STATEMENT