**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:22-cv-08357-DOC-KSx                    Date:  June 11, 2024

Title: Jeffrey Powers et al v. Denis Richard McDonough et al

PRESENT:       THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):    **ORDER CONTINUING ORAL ARGUMENT ON THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT ON THE APA CLAIMSAND HOLDING IN ABEYANCE JUDGMENT ON THOSE CLAIMS**

Both Plaintiffs and Defendants have moved for summary judgment on Plaintiffs' Administrative Procedures Act claims ("APA Claims"). *See* Dkts. 192, 193. The parties agree that the APA Claims should be decided on summary judgment and not at trial. Stipulation (Dkt. 180) at 2-3; *see also Atieh v. Riordan*, 727 F.3d 73, 76 (1st Cir. 2013) ("APA review, however, involves neither discovery nor trial."). For purposes of judicial efficiency and public transparency, the Court will defer ruling on the cross motions for summary judgment on the APA Claims until after the trial.[1]

The Court will hear oral argument on the parties' cross-motions for summary judgment on the non-APA causes of action on July 9, 2024.

---

[1] Although the Court will hear argument on and decide the APA Claims after trial, the Court's evaluation of the APA Claims will be confined to the administrative record. *See Karuk Tribe of California v. United States Forest Serv.*, 681 F.3d 1006, 1017 (9th Cir. 2012); *Texas v. United States*, 606 F. Supp. 3d 437, 489 n.62 (S.D. Tex. 2022).

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:22-CV-08357-DOC-KSx                                Date: June 11, 2024

                                                                        Page 2


The Court will hear oral argument on the APA Claims after the trial's closing statements.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                    Initials of Deputy Clerk: kdu

CIVIL-GEN