BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director

CARLOTTA P. WELLS
Assistant Branch Director

BRAD P. ROSENBERG
Special Counsel

CODY T. KNAPP
JODY D. LOWENSTEIN
AGBEKO C. PETTY
TAYLOR PITZ
Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel:     (202) 514-3374
brad.rosenberg@usdoj.gov
cody.t.knapp@usdoj.gov
jody.d.lowenstein@usdoj.gov
agbeko.c.petty@usdoj.gov
taylor.n.pitz@usdoj.gov

Counsel for Federal Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY POWERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DENIS RICHARD MCDONOUGH, *et al.*,<br><br>Defendants,<br><br>BRIDGELAND RESOURCES, LLC,<br><br>Intervenor. | Case No. 2:22-cv-08357-DOC-JEM<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL DEADLINES** |

WHEREAS, on April 17, 2024, this Court entered an Order Modifying the Pretrial Schedule (ECF No. 182);

WHEREAS, that Order set June 28, 2024 as the discovery cut-off, July 15 as the date for the Final Pretrial Conference ("FPTC"), and August 6 as the Trial date for non-APA claims;

WHEREAS, the July 15 FPTC serves as a motion cut-off date for various motions and triggers numerous pre-trial deadlines due to operation of this Court's Local Rules;

WHEREAS, several of those deadlines, including the meeting of counsel before the FPTC and the filing of Memoranda of Contentions of Fact and Law, the Joint Exhibit List, and Witness Lists would occur before the close of discovery;

WHEREAS, the completion of discovery is, as a practical matter, a prerequisite for complying with each of those deadlines;

WHEREAS, other deadlines, such as the filing of the Proposed Final Pretrial Conference Order, would occur immediately after the close of discovery but before this Court resolves the parties' cross-motions for summary judgment, which are scheduled for a hearing on July 9;

WHEREAS, resolution of the parties' cross-motions for summary judgment may impact the scope of issues to be resolved at trial and, therefore, the scope and nature of the parties' pretrial filings;

And WHEREAS, this Court does not currently have the ability to move the FPTC to a date closer to trial[1];

IT IS HEREBY STIPULATED, by and between Plaintiffs, Federal Defendants, and Intervenor, to modify the remaining pretrial schedule as follows, in order to allow

---

[1] If the Court subsequently has the ability to move the FPTC to a date closer to trial, the parties request that it do so and make corresponding changes to the dates set forth in this Stipulation.

for the completion of pretrial activities after the close of discovery on June 28 in an efficient manner before trial:

| Event | Original Date | Proposed Modified Date |
|---|---|---|
| Deadline for Parties to Meet and Confer pursuant to L.R. 16-2.[2] | June 5, 2024 | July 1, 2024 |
| Daubert Motions and Motions in Limine Due | N/A | July 3, 2024 |
| Memoranda of Fact and Law Due | June 24, 2024 | July 8, 2024 |
| Witness Lists Due | June 24, 2024 | July 8, 2024 |
| Joint Exhibit List Due | June 24, 2024 | July 8, 2024 |
| Hearing on Summary Judgment motions (Los Angeles Courthouse) | July 9, 2024 | July 9, 2024 (no change) |
| Proposed Pretrial Conference Order Due | July 3, 2024 | July 12, 2024 |
| Oppositions to Daubert Motions and Motions in Limine Due | N/A | July 12, 2024 |

---

[2] The parties agree that they may confer virtually, rather than in-person. Moreover, because Federal Defendants have already raised arguments regarding this Court's subject matter jurisdiction, including in their motion to dismiss and motion for summary judgment, the parties agree that the provisions of L.R. 16-2.1 have been satisfied.

| | | |
|---|---|---|
| Final Pretrial Conference, including Hearing Date for Daubert Motions and Motions in Limine (Los Angeles Courthouse) | July 15, 2024 | July 15, 2024 (no change) |
| Proposed Findings of Fact and Conclusions of Law Due | July 30, 2024 | July 30, 2024 (no change) |
| Trial (Los Angeles Courthouse) | August 6, 2024 | August 6, 2024 (no change) |

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL DEADLINES

DATED: June 17, 2024

**PUBLIC COUNSEL LAW CENTER**
   MARK D. ROSENBAUM
   KATHRYN A. EIDMANN
   AMANDA K. PERTUSATI
   AMANDA MANGASER SAVAGE

/s/ *Mark D. Rosenbaum*
MARK D. ROSENBAUM

Attorneys for Plaintiffs


DATED: June 17, 2024

**BROWN GOLDSTEIN & LEVY, LLP**
   EVE L. HILL
   EVAN MONOD

/s/ *Eve L. Hill*
EVE L. HILL
Attorneys for Plaintiffs


DATED: June 17, 2024

**INNER CITY LAW CENTER**
   T.E. GLENN
   AMANDA POWELL
   CHARLES KOHORST

s/ *T. E. Glenn*
T. E. GLENN
Attorneys for Plaintiffs


DATED: June 17, 2024

**ROBINS KAPLAN LLP**
   ROMAN M. SILBERFELD
   DAVID MARTINEZ
   TOMMY H. DU

/s/ *Tommy H. Du*
TOMMY H. DU

Attorneys for Plaintiffs

DATED: June 17, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Special Counsel

CODY T. KNAPP
(N.Y. Bar No. 5715438)
JODY D. LOWENSTEIN
(MT. Bar No. 55816869)
AGBEKO C. PETTY
(N.Y. Bar No. 5525381; D.C. Bar No. 90011766)
TAYLOR PITZ
(CA Bar No. 332080)
Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel:   (202) 514-3374
Fax:  (202) 616-8460
brad.rosenberg@usdoj.gov
cody.t.knapp@usdoj.gov
jody.d.lowenstein@usdoj.gov
agbeko.c.petty@usdoj.gov
taylor.n.pitz@usdoj.gov

*Counsel for Federal Defendants*

| | |
|---|---|
| DATED: June 17, 2024 | */s/ Ernest J. Guadiana*<br>ERNEST J. GUADIANA<br>(CA Bar No. 276095)<br><br>JULIE Z. KIMBALL<br>(CA Bar No. 252449)<br><br>SEAN A. MCCORMICK<br>(CA Bar No. 295711)<br><br>ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br>10345 W. Olympic Blvd.<br>Los Angeles, California 90064<br>Telephone: 310.746.4400<br>Facsimile: 310.746.4499<br>eguadiana@elkinskalt.com<br>jkimball@elkinskalt.com<br>smccormick@elkinskalt.com<br><br>*Counsel for Intervenor Bridgeland Resources, LLC* |

**FILER'S ATTESTATION**

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  June 17, 2024

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
*Attorneys for Federal Defendants*