**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY POWERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DENIS RICHARD MCDONOUGH, in his official capacity as Secretary of Veterans Affairs; *et al.*, <br><br> Defendants. | Case No. 2:22-cv-08357-DOC-JEM <br><br> **ORDER MODIFYING PRETRIAL DEADLINES** |

Based on the parties' Stipulation Modifying Pretrial Deadlines, and for good cause shown, it is hereby ordered that the following schedule is adopted:

- July 1, 2024:  Deadline for Parties to Meet and Confer pursuant to L.R. 16-2[3]
- July 3, 2024:  Daubert Motions and Motions in Limine Due
- July 8, 2024:  Memoranda of Fact and Law Due
- July 8, 2024:  Witness Lists Due
- July 8, 2024:  Joint Exhibit List due
- July 9, 2024 at 10:00 a.m.:  Hearing on Summary Judgment Motions (Los Angeles Courthouse) (previously scheduled/no change)
- July 12, 2024:  Proposed Pretrial Conference Order Due
- July 12, 2024:  Opposition to Daubert Motions and Motions in Limine Due

---

[3] The parties may confer virtually, rather than in-person.  Moreover, because Federal Defendants have already raised arguments regarding this Court's subject matter jurisdiction, the provisions of L.R. 16-2.1 have been satisfied.

- July 15, 2024 at 8:30 a.m.:  Final Pretrial Conference, including Hearing Date for Daubert Motions and Motions in Limine (no change)
- July 30, 2024:  Proposed findings of Fact and Conclusions of Law Due (no change)
- August 6, 2024 at 8:30 a.m.:  Trial (Los Angeles Courthouse) (no change)

IT IS SO ORDERED.

Dated:  June 18, 2024

_____
David O. Carter
United States District Judge