ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ERNEST J. GUADIANA, State Bar No. 276095
 *eguadiana@elkinskalt.com*
JULIE Z. KIMBALL, State Bar No. 252449
 *jkimball@elkinskalt.com*
SEAN A. McCORMICK, State Bar No. 295711
 *smccormick@elkinskalt.com*
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Bridgeland Resources, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY POWERS, et al.,<br><br>　　　Plaintiff,<br><br>　v.<br><br>DENIS RICHARD MCDONOUGH, et al.,<br><br>　　　Defendants.<br><br>BRIDGELAND RESOURCES, LLC,<br><br>　　　Intervenor. | Case No. 2:22-cv-08357-DOC-KS<br><br>**NOTICE OF LODGING INTERVENOR BRIDGELAND RESOURCES, LLC'S [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>Action Filed: November 15, 2022<br>Trial Date: August 6, 2024 |

**NOTICE OF LODGING INTERVENOR BRIDGELAND RESOURCES, LLC'S [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW**

TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Intervenor-Plaintiffs Bridgeland Resources, LLC, by and through its counsel of record, hereby lodges the attached [Proposed] Findings of Fact and Conclusions of Law.

DATED: July 30, 2024

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP

By: _____
ERNEST J. GUADIANA
Attorneys for Bridgeland Resources, LLC