BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
JOHN R. GRIFFITHS
Director
BRAD P. ROSENBERG
Special Counsel
CARLOTTA P. WELLS
Assistant Branch Director

CODY T. KNAPP
JODY D. LOWENSTEIN
AGBEKO C. PETTY
TAYLOR PITZ
Trial Attorneys

United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel:   (202) 305-5200
Fax:   (202) 616-8460
cody.t.knapp@usdoj.gov
jody.d.lowenstein@usdoj.gov
agbeko.c.petty@usdoj.gov
taylor.n.pitz@usdoj.gov

*Counsel for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY POWERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DENIS RICHARD MCDONOUGH, in his official capacity as Secretary of Veterans Affairs; *et al.*,<br><br>Defendants.<br><br>BRIDGELAND RESOURCES, LLC,<br><br>Intervenor. | Case No. 2:22-cv-08357-DOC-JEM<br><br>**NOTICE OF LODGING FEDERAL DEFENDANTS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>Trial Date:   August 6, 2024<br>Judge:   Hon. David O. Carter |

# NOTICE OF LODGING PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Federal Defendants Denis Richard McDonough, in his official capacity as Secretary of Veterans Affairs, Adrianne Todman, in her official capacity as Acting Secretary of Housing and Urban Development, Robert Merchant, in his official capacity as Acting Director, VA Greater Los Angeles Healthcare System, and Keith Harris, in his official capacity as Senior Executive Homelessness Agent, VA Greater Los Angeles Healthcare System, by and through their counsel of record, hereby lodge the attached Proposed Findings of Fact and Conclusions of Law.

DATED: July 30, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director

BRAD P. ROSENBERG
Special Counsel

CARLOTTA P. WELLS
Assistant Branch Director

/s/ Taylor Pitz
TAYLOR PITZ
(C.A. Bar No. 332080)
CODY T. KNAPP
(N.Y. Bar No. 5715438)
JODY D. LOWENSTEIN
(M.T. Bar No. 55816869)
AGBEKO C. PETTY
(N.Y. Bar No. 5525381; D.C. Bar No. 90011766)
Trial Attorneys

United States Department of Justice

1

Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel:   (202) 305-5200
Fax:  (202) 616-8460
cody.t.knapp@usdoj.gov
jody.d.lowenstein@usdoj.gov
agbeko.c.petty@usdoj.gov
taylor.n.pitz@usdoj.gov

*Counsel for Federal Defendants*

**CERTIFICATE OF SERVICE**

On July 30, 2024, I served the foregoing document on all other parties using the Court's ECF system, which satisfies the service requirements pursuant to L.R. 5-3.2.

<u>/s/ Taylor Pitz</u>
TAYLOR PITZ