BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
JOHN R. GRIFFITHS
Director
CARLOTTA P. WELLS
Assistant Branch Director
BRAD P. ROSENBERG
Special Counsel

CODY T. KNAPP
JODY D. LOWENSTEIN
AGBEKO C. PETTY
TAYLOR PITZ
Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel:     (202) 514-3374
brad.rosenberg@usdoj.gov
cody.t.knapp@usdoj.gov
jody.d.lowenstein@usdoj.gov
agbeko.c.petty@usdoj.gov
taylor.n.pitz@usdoj.gov

Counsel for Federal Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY POWERS, *et al.*, | Case No. 2:22-cv-08357-DOC-JEM |
| Plaintiffs, | **FEDERAL DEFENDANTS' NOTICE REGARDING RECENT DEVELOPMENT** |
| v. | Trial Date: August 6, 2024 |
| DENIS RICHARD MCDONOUGH, in his official capacity as Secretary of Veterans Affairs; *et al.*, | Judge:     Hon. David O. Carter |
| Defendants. | |
| BRIDGELAND RESOURCES, LLC, | |
| Intervenor. | |

Defendants Denis Richard McDonough, in his official capacity as Secretary of Veterans Affairs, Adrianne Todman, in her official capacity as Acting Secretary of Housing and Urban Development, Robert Merchant, in his official capacity as Acting Director, VA Greater Los Angeles Healthcare System, and Keith Harris, in his official capacity as Senior Executive Homelessness Agent, VA Greater Los Angeles Healthcare System (collectively, "Federal Defendants"), hereby provide Notice to the Court of a recent development.

On Wednesday, July 24, 2024, undersigned counsel at the Department of Justice first learned of an issue regarding state landfill post-closure requirements that may impact the timeline for the opening of housing on VA's West Los Angeles Campus. The Department of Veterans Affairs is still evaluating the issue and its anticipated impact on development on the Campus. In the interests of transparency, and because this development is relevant to issues likely to be raised at trial, earlier today Federal Defendants produced documents regarding this issue to Plaintiffs and Intervenor.

DATED: August 2, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director

CARLOTTA P. WELLS,
Assistant Branch Director

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Special Counsel

CODY T. KNAPP
(N.Y. Bar No. 5715438)
JODY D. LOWENSTEIN
(MT. Bar No. 55816869)
AGBEKO C. PETTY
(N.Y. Bar No. 5525381; D.C. Bar No. 90011766)

TAYLOR PITZ
(CA. Bar No. 332080)
Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel:   (202) 514-3374
Fax:   (202) 616-8460
brad.rosenberg@usdoj.gov
cody.t.knapp@usdoj.gov
jody.d.lowenstein@usdoj.gov
agbeko.c.petty@usdoj.gov

*Counsel for Federal Defendants*