# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 2:22-cv-08357-DOC-KS            Date: August 15, 2024

Title: JEFFREY POWERS ET AL. V. DENIS RICHARD MCDONOUGH ET AL.

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**    **NOTICE REGARDING MEDIA REQUEST**

    The Clerk of the Court is in receipt of the attached media request regarding the site visit to the West Los Angeles VA Grounds, now scheduled for Wednesday, August 21 at 5:30 a.m. *See* Dkt. 252. In the interest of transparency, the Court will docket any media requests it receives.

    The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                            Initials of Deputy Clerk: kdu

CIVIL-GEN



John Patrick Pullen
Long Lead, LLC
5847 San Felipe Plaza, Suite 4450
Houston, Texas 77057

August 14, 2024

Honorable David O. Carter
411 West Fourth Street,
Courtroom 10 A
Santa Ana, CA, 92701-4516

Dear Judge Carter:

I am leading a team of journalists who have been covering veteran housing issues at the West Los Angeles Veterans Affairs campus over the past three years. It is our goal to report a single, comprehensive account of the property from its founding to its present day. To that end, we recently produced [a multi-part, multimedia feature (homeofthebrave.longlead.com)](homeofthebrave.longlead.com) on the topic, and we are currently covering the court proceedings with a reporter in the court room every day the trial has been in session.

It's come to our attention that there will be a site visit to the West LA VA grounds on Thursday, August 22 at 5:30 a.m. I am writing to request permission for our journalists to attend and cover the site visit.

It is our aim to report on this off-site visit in a way that would not be disruptive, as we have done with our daily, in-court briefings. Though cameras are not typically allowed in federal court, we also request to bring an professional photojournalist to document the visit. However, Your Honor, we understand granting that request would be up to your discretion. We would also be willing to follow any specific parameters the court requires in reporting this off-site visit.

It is our goal, as journalists, to report on this historic case fairly and fully, to inform the veteran community and everyone connected to it as best as possible. As you, yourself, have noted in the past and during these proceedings, there has been a considerable lack of transparency in this issue. Allowing a journalist to document the off-site visit would ensure fairness to both parties in this case.

Sincerely,

John Patrick Pullen
Founding Editor