## DECLARATION OF ROMAN M. SILBERFELD

I, Roman M. Silberfeld, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Robins Kaplan LLP, attorneys of record for Plaintiffs and the certified Class. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief, and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. Along with my colleague Tommy Du, I was personally involved in the negotiation of the settlement between Plaintiffs and the certified Class on the one hand and Bridgeland Resources, LLC (successor to Breitburn) on the other. We also interacted with counsel for the Federal Defendants and, through extensive negotiations and amendments of the original form of the agreement, obtained the Federal Defendants' consent to the Settlement Agreement that was agreed to with Bridgeland.

3. There is no side agreement of any kind that has been agreed to and the Settlement Agreement between Plaintiffs and the Class and Bridgeland, a true and correct copy of which is attached hereto as Exhibit "A," is the only agreement that exists relating to the settlement of the action

4. Attached hereto as Exhibit "B" is a true and correct copy of the proposed notice to be given to the Class by sending it to homeless and veteran advocacy organizations and posted on a web page to be hosted by my firm that will contain both the notice and hyperlinks to the documents referenced in the Notice once posted and which, in our firm's experience, will be capable of being located and accessed through search engines such as Google, Bing, and others.

5. Attached hereto as Exhibit "C" is a true and correct copy of the list of homeless and veteran advocacy organizations in Los Angeles that we have identified as potential recipients of the proposed Notice of the Class Settlement and which we believe, in good faith, is a reasonable manner of providing notice to homeless veterans who are difficult if not impossible to contact through other means with as broad of

coverage in a reasonable amount of time given the necessities of the case and the timeline anticipated to be set by the court for the final approval of the settlement.

      I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed at Los Angeles, California on August 15, 2024.

By: /s/ *Roman M. Silberfeld*
ROMAN M. SILBERFELD