BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
JOHN R. GRIFFITHS
Director
CARLOTTA P. WELLS
Assistant Branch Director
BRAD P. ROSENBERG
Special Counsel

CODY T. KNAPP
JODY D. LOWENSTEIN
AGBEKO C. PETTY
TAYLOR PITZ
Trial Attorneys

United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel:   (202) 514-3374
Fax:   (202) 616-8460
brad.rosenberg@usdoj.gov
cody.t.knapp@usdoj.gov
jody.d.lowenstein@usdoj.gov
agbeko.c.petty@usdoj.gov
taylor.n.pitz@usdoj.gov

*Counsel for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY POWERS, *et al.*, | Case No. 2:22-cv-08357-DOC-JEM |
| Plaintiffs, | **NOTICE OF LODGING FEDERAL DEFENDANTS' AMENDED POST-TRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| v. | |
| DENIS RICHARD MCDONOUGH, in his official capacity as Secretary of Veterans Affairs; *et al.*, | Judge:   Hon. David O. Carter |
| Defendants. | |
| BRIDGELAND RESOURCES, LLC, | |
| Intervenor. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Federal Defendants Denis Richard McDonough, in his official capacity as Secretary of Veterans Affairs, Adrianne Todman, in her official capacity as Acting Secretary of Housing and Urban Development, Robert Merchant, in his official capacity as Medical Center Director, VA Greater Los Angeles Healthcare System, and Keith Harris, in his official capacity as Senior Executive Homelessness Agent, VA Greater Los Angeles Healthcare System, by and through their counsel of record, hereby lodge the attached Amended Post-Trial Proposed Findings of Fact and Conclusions of Law. Specifically, the Amended Post-Trial Proposed Findings of Fact and Conclusions of Law adds a new footnote 2, correcting a mathematical error made during closing argument, on page 5 of the document. There are no other substantive changes to the Federal Defendants' Post-Trial Proposed Findings of Fact and Conclusions of Law previously lodged with the Court at ECF No. 287.

DATED: September 3, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
Special Counsel
(DC Bar No. 467513)

CODY T. KNAPP
(N.Y. Bar No. 5715438)
JODY D. LOWENSTEIN
(M.T. Bar No. 55816869)
AGBEKO C. PETTY
(N.Y. Bar No. 5525381; D.C. Bar No. 90011766)
TAYLOR PITZ
(C.A. Bar No. 332080)
Trial Attorneys

United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel:   (202) 514-3374
Fax:   (202) 616-8460
brad.rosenberg@usdoj.gov
jody.d.lowenstein@usdoj.gov
agbeko.c.petty@usdoj.gov
taylor.n.pitz@usdoj.gov

*Counsel for Federal Defendants*

2