# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | LA CV 22-08357-DOC-(JEMx) |
| Date | August 30, 2024 |
| Title: | Jeffrey Powers, et al. v. Denis Richard McDonough, et al. |

Present: The Honorable **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Karlen Dubon | Terri Hourigan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

**Attorneys Present for Plaintiff(s):**
Roman Silberfeld, Tommy Du, Mark Rosenbaum, Amelia Piazza, Eve Hill, Amanda Mangaser Savage

**Attorneys Present for Defendants:**
Brad P. Rosenberg, Cody Knapp, Carlotta Wells, Jody Lowenstein, Agbeko Petty, Taylor Pitz

__Sixteenth__ Day Court Trial  _____ Day Jury Trial

___ One day trial;  ___ Begun (1st day);  ___ Held & Continued;  _X_ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
✓ Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.
✓ Plaintiff(s) rest.   ✓ Defendant(s) rest.
✓ Closing arguments made by   ✓ plaintiff(s)   ✓ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
✓ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
✓ Findings, Conclusions of Law & Judgment to be prepared by   ✓ plaintiff(s)   ✓ defendant(s).
✓ Case submitted.   ✓ Briefs to be filed by September 4, 2024 at 6:00 PM
___ Motion to dismiss by _____ is ___ granted.   ___ denied.   ___ submitted.
___ Motion for mistrial by _____ is ___ granted.   ___ denied.   ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted.   ___ denied.   ___ submitted.
___ Settlement reached and placed on the record.
✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
✓ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to _____ for further trial/further jury deliberation.
✓ Other: Also Present, Keith Harris, Bridgeland intervenor.
         The transcript shall be available to download on the Court's Cases of Interest web page.

*Reporters_CACD@cacd.uscourts.gov*

7 : 14

Initials of Deputy Clerk    kdu

cc: