**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:22-cv-08357-DOC-KS                                    Date: September 25, 2024

Title: JEFFREY POWERS ET AL. V. DENIS RICHARD MCDONOUGH ET AL.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman for Kalren Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):   ORDER ENJOINING UCLA FROM ACCESSING BASEBALL FACILITIES ON WEST LA VA CAMPUS**

Two weeks ago, the Court invited UCLA's Chancellor to today's hearing on injunctive relief. DKT 305. The Chancellor attended the hearing upon request from the Court. The Chancellor's Office has historically been involved in discussions with the VA regarding the stadium in an attempt to shield the VA from scrutiny.

After hearing UCLA's proposal regarding how the land on which the UCLA baseball stadium and the Branca Practice Field might be repurposed, the Court finds that it is inadequate. The Court appreciates the Chancellor's appearance and effort.

UCLA is hereby enjoined from accessing the UCLA baseball fields and facilities on the West LA VA Campus until UCLA proposes a position on how the ten acres it currently occupies can be put to a use such that the provisions of services to veterans is the predominant focus of the activities of the Regents at the campus.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:22-CV-08357-DOC-KS                                         Date: September 25, 2024

                                                                                                                                                Page 2

      The VA is **ORDERED** by noon tomorrow to cordon off and prevent any use of the UCLA baseball stadium and practice field until further notice from the Court.

      The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                                                           Initials of Deputy Clerk: djl