**FILED**
CLERK, U.S. DISTRICT COURT
10/7/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___kdu___ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY POWERS, et. al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DENIS RICHARD MCDONOUGH, in his official capacity, Secretary of Veterans Affairs, et al.,<br><br>Defendants,<br><br>BRIDGELAND RESOURCES, LLC,<br><br>Intervenor. | Case No.: 2:22-cv-08357-DOC-KS<br><br>**EMERGENCY ORDER NUMBER 1 TO IMPLEMENT THE COURT'S POST-TRIAL OPINION**<br><br>TRIAL DATE:   AUGUST 6, 2024<br>TIME:          8:30 AM<br>DEPT:          1 |

The Court's Post-Trial Opinion, issued September 6, 2024, Document 302, held that there is an urgent need to place temporary supportive housing on the West Los Angeles VA campus. In supplemental proceedings since the issuance of the Court's opinion, the Court and counsel for the parties and representatives of the parties, including VA personnel and experts for the plaintiff class, have met to begin the process of identifying parcels of land suitable for the placement of temporary housing units to shelter homeless veterans.

The Court finds that, with fall and winter approaching and with thousands of homeless veterans still living on the streets of southern California, an emergency exists which requires immediate and streamlined action in order to build and make ready for occupancy in the near term temporary supportive housing on the VA campus. To that end, the Court orders the following:

1. By Friday, October 11, 2024, VA shall provide to the Court's monitor and Plaintiffs' experts the following information with respect to the parcels identified on the attached map, incorporated herein by reference, as parcels 4a, 5, 7 and Magenta B from Exhibit 251 [hereinafter the Paved Parcels]:

    a. All infrastructure information concerning the location and condition of dry and wet utilities in the areas on and adjacent to the Paved Parcels

    b. This information shall include information regarding telecommunications, gas, electric, water, sewer, storm water infrastructure extent on or adjacent to the Paved Parcels

    c. This information shall include information regarding any environmental conditions or concerns on the Paved Parcels known to VA.

2. By Friday, October 11, 2024, VA is requested to provide to the Court's monitor and Plaintiffs' experts the following information with respect to the parcels identified on the attached map, incorporated herein by reference, as parcels 1, 2, 4, and Yellow B (UCLA stadium) from Exhibit 251 [hereinafter the Unpaved Parcels]:

    a. All infrastructure information concerning the location and condition of dry and wet utilities in the areas on and adjacent to the Unpaved Parcels

    b. This information shall include information regarding telecommunications, gas, electric, water, sewer, storm water infrastructure extent on or adjacent to the Unpaved Parcels

    c. This information shall include information regarding any environmental conditions or concerns on the Unpaved Parcels known to VA.

3.  By Friday, October 11, 2024, VA shall arrange a meeting with the civil engineers that VA contracts with, or has contracted with in the past, concerning infrastructure and development on both the North and South campus of the West LA VA grounds.

IT IS SO ORDERED.

SIGNED and ENTERED this 7th day of October, 2024

*[signature]*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Exhibit 251

| TSH PARCELS | AREA (acres) |
|---|---|
| 1 | 1.7 |
| 2 | 3.7 |
| 3 | 9.8 |
| 4 | 4.3 |
| 5 | 2.2 |
| 6 | 4.0 |
| 7 | 1.9 |
| 8 | 4.1 |
| 9 | 4.8 |
| TOTAL | 36.5 |

| INCREMENTAL PSH | AREA (acres) |
|---|---|
| A | 3.4 |
| B | 7.7 |
| C | 6.2 |
| D | 1.7 |
| E | 2.2 |
| TOTAL | 21.2 |

| VA 3-29-2023 WHITE PAPER | AREA (acres) |
|---|---|
| VA 6 | 4.2 |
| VA 8 | 1.8 |
| VA 9 | 1.2 |
| TOTAL | 7.2 |

| OCT 3, 2024 PARCEL | AREA (acres) |
|---|---|
| 1 | 1.7 |
| 2 | 3.7 |
| 4 | 4.3 |
| 4a | 1.8 |
| 5 | 2.2 |
| 7 | 1.9 |
| B (Parking lot) | 1.6 |
| TOTAL | 17.2 |