FILED
CLERK, U.S. DISTRICT COURT
10/7/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____kdu_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY POWERS, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> DENIS RICHARD MCDONOUGH, in his official capacity, Secretary of Veterans Affairs, et al., <br><br> Defendants, <br><br> BRIDGELAND RESOURCES, LLC, <br><br> Intervenor. | Case No.: 2:22-cv-08357-DOC-KS <br><br> **EMERGENCY ORDER NUMBER 2 TO IMPLEMENT THE COURT'S POST-TRIAL OPINION** <br><br> TRIAL DATE: AUGUST 6, 2024 <br> TIME: 8:30 AM <br> DEPT: 1 |

    The Court's Post-Trial Opinion, issued September 6, 2024, Document 302, held that there is an urgent need to place temporary supportive housing on the West Los Angeles VA campus. In supplemental proceedings since the issuance of the Court's opinion, the Court and counsel for the parties and representatives of the parties, including VA personnel and experts for the plaintiff class, have met to begin the process of identifying parcels of land suitable for the placement of temporary housing units to shelter homeless veterans.

The Court finds that, with fall and winter approaching and with thousands of homeless veterans still living on the streets of southern California, an emergency exists which requires immediate and streamlined action in order to build and make ready for occupancy in the near term temporary supportive housing on the VA campus. To that end, the Court orders the following:

1. Within 30 days of this order, one or more vendors of modular housing are to be identified by Plaintiffs' experts, or by VA, or through a collaboration of VA and Plaintiffs' experts;

2. Any procurement rules applicable to VA are hereby suspended by reason of the emergency nature of the action needed to implement this order;

3. The vendors for modular housing shall qualify for consideration only if they are able to individually deliver and install 50 units within 45 days of a purchase order and collectively 200-300 modular housing units within 90-120 days of a purchase order for such modular housing units;

4. VA shall pay the costs associated with the purchase and installation of modular housing, site preparation costs and infrastructure connection costs contemplated by this order.

IT IS SO ORDERED.

SIGNED and ENTERED this 7th day of October, 2024

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE