# EXHIBIT A

# REPRESENTATION STATEMENT

| **Party** | **Counsel** |
|---|---|
| *Non-Party The Regents of the University of California* | Raymond A. Cardozo<br>REED SMITH LLP<br>101 Second Street<br>Suite 1800<br>San Francisco, CA 94105-3659<br>Telephone: (415) 543-8700<br>rcardozo@reedsmith.com<br><br>Kasey J. Curtis<br>kcurtis@reedsmith.com<br>Corinne Fierro<br>cfierro@reedsmith.com<br>REED SMITH LLP<br>355 South Grand Avenue<br>Suite 2900 Station<br>Los Angeles, CA 90071-1514<br>Telephone: (213) 457-8000 |
| *Plaintiffs Jeffrey Powers, et. al.* | Mark D. Rosenbaum<br>mrosenbaum@publiccounsel.org<br>Kathryn A. Eidmann<br>keidmann@publiccounsel.org<br>Amada K. Pertusati<br>apertusati@publiccounsel.org<br>Amada Mangaser Savage<br>asavage@publiccounsel.org<br>Amelia Piazza<br>apiazza@publiccounsel.org<br>PUBLIC COUNSEL LAW CENTER<br>610 S. Ardmore Avenue<br>Los Angeles, CA 90005<br>Telephone: (213) 385-2977<br><br>Roman M. Silberfeld<br>rsilberfeld@robinskaplan.com<br>David Martinez<br>dmartinez@robinskaplan.com<br>Tommy H. Du<br>tdu@robinskaplan.com<br>ROBINS KAPLAN LLP<br>2121 Avenues of the Stars<br>Suite 2800 |

        Los Angeles, CA 90067  
        Telephone: (310) 552-0130

        Eve L. Hill  
        ehill@browngold.com  
        Jamie Strawbridge  
        jstrawbridge@browngold.com  
        BROWN GOLDSTEIN &  
        LEVY LLP  
        120 E. Baltimore St, Suite 2500  
        Baltimore, Maryland 21202  
        Telephone: (410) 962-1030

        T.E. Glenn  
        tglenn@innercitylaw.org  
        Amanda Powell  
        apowell@innercitylaw.org  
        Charles Kohorst  
        ckohorst@inntercitylaw.org  
        INNER CITY LAW CENTER  
        1309 E Seventh St  
        Los Angeles, CA 90021  
        Telephone: (213) 891-2880

*Defendants Denis Richard McDonough, et. al.*

        Taylor Pitz  
        taylor.n.pietz@usdoj.gov  
        Cody T. Knapp  
        cody.t.knapp@usdoj.gov  
        Jody D. Lowenstein  
        jody.d.lowenstein@usdoj.gov  
        Agbeko C. Petty  
        agbeko.c.petty@usdoj.gov  
        United States Department of  
        Justice, Civil Division  
        1100 L Street, NW  
        Washington, DC 20005  
        Telephone (202) 305-5200