

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



**FILED**

OCT 8 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 24-6138 |
| Originating Case Number: | 2:22-cv-08357-DOC-KS |
| Short Title: | Powers, et al. v. McDonough, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:           24-6138
Originating Case Number: 2:22-cv-08357-DOC-KS

Case Title:              Powers, et al. v. McDonough, et al.


**Tuesday, October 15, 2024**
Regents of the University of California                Mediation Questionnaire due

**Friday, October 25, 2024**
Regents of the University of California                Appeal Transcript Order Due

**Friday, November 22, 2024**
Regents of the University of California                Appeal Transcript Due

**Monday, December 23, 2024**
Regents of the University of California                Appeal Opening Brief Due

**Thursday, January 23, 2025**
Jeffrey Powers                                         Appeal Answering Brief Due
Deavin Sessom                                          Appeal Answering Brief Due
Laurieann Wright                                       Appeal Answering Brief Due
Joseph Fields                                          Appeal Answering Brief Due
Lavon Johnson                                          Appeal Answering Brief Due
Joshua Robert Petitt                                   Appeal Answering Brief Due
National Veterans Foundation                           Appeal Answering Brief Due
Bridgeland Resources, LLC                              Appeal Answering Brief Due

| | |
|---|---|
| Denis Richard McDonough | Appeal Answering Brief Due |
| Steven Braverman | Appeal Answering Brief Due |
| Keith Harris | Appeal Answering Brief Due |
| Marcia L. Fudge | Appeal Answering Brief Due |
| Douglas Guthrie | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**