Raymond A. Cardozo (SBN 173263)
rcardozo@reedsmith.com
Kasey J. Curtis (SBN 268173)
kcurtis@reedsmith.com
Corinne Fierro (SBN 329499)
cfierro@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: (213) 457-8181
Facsimile: (213) 457-8080

Attorneys for Non-Party, The Regents of the University of California

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEFFREY POWERS, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>DENIS RICHARD MCDONOUGH, et al.,<br><br>    Defendants. | No.:  2:22-CV-08357-DOC-JEMx<br><br>**Honorable David O. Carter**<br><br>**NON-PARTY THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S NOTICE OF APPEAL** |

# NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 & 4, notice is hereby given that Non-Party The Regents of the University of California ("The Regents") appeals to the United States Court of Appeals from the Ninth Circuit from the Court's October 11, 2024 Final Judgment and Permanent Injunction (Dkt. No. 358) entering as judgment its September 29, 2024 Order Enjoining UCLA From Accessing Baseball Facilities on West LA VA Campus (Dkt. No. 309), as well as all preceding orders that bear upon and/or are encompassed therein.

A representation statement that identifies all parties to this appeal along with the names, addresses, and telephone numbers of their counsel is attached hereto as Exhibit A.

DATED: October 15, 2024

REED SMITH LLP

By: /s/ Raymond A. Cardozo
Raymond A. Cardozo
Attorneys for Non-Party,
The Regents of the University of California