ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ERNEST J. GUADIANA, State Bar No. 276095
  *eguadiana@elkinskalt.com*
JULIE Z. KIMBALL, State Bar No. 252449
  *jkimball@elkinskalt.com*
SEAN A. McCORMICK, State Bar No. 295711
  *smccormick@elkinskalt.com*
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Bridgeland Resources, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY POWERS, et al.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DENIS RICHARD MCDONOUGH, et al.,<br><br>　　　　Defendants.<br><br><br>BRIDGELAND RESOURCES, LLC,<br><br>　　　　Intervenor. | Case No. 2:22-cv-08357-DOC-JEMx<br><br>**INTERVENOR BRIDGELAND RESOURCES, LLC'S NOTICE OF APPEAL**<br><br>Judge: Hon. David O. Carter |

Notice is hereby given that Intervenor Bridgeland Resources, LLC appeals to the United States Court of Appeals for the Ninth Circuit from the Final Judgment and Permanent Injunction dated October 11, 2024 (ECF No. 358), from all rulings that merge into that Final Judgment and Permanent Injunction (including the amended opinion, ECF No. 359, issued contemporaneously with the Judgment), and from the subsequent "Order Denying Bridgeland Oil's Motion to Stay; Order Amending Order Mandating Bridgeland Oil to Cap Sawtelle 2" (ECF No. 360).

A Representation Statement is attached hereto, as required by Ninth Circuit Rule 3-2(b).

Prior appeals in this case, which are related to the instant appeal are: Nos. 24-6137; 24-6138; 24-6338.

DATED: October 25, 2024

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP

By: */s/ Ernest J. Guadiana*
ERNEST J. GUADIANA
Attorneys for Bridgeland Resources, LLC

# REPRESENTATION STATEMENT

*Counsel for Intervenor-Appellants*:

Ernest J. Guadiana (eguadiana@elkinskalt.com)
Julie Z. Kimball (jkimball@elkinskalt.com)
Sean A. McCormick (smccormick@elkinskalt.com)
Angela M. Butcher (abutcher@elkinskalt.com)
Justin R. Trujillo (jtrujillo@elkinskalt.com)
Elkins Kalt Weintraub Reuben Gartside LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
(310) 746-4400

*Counsel for Plaintiffs-Appellees*:

Mark D. Rosenbaum (mrosenbaum@publiccounsel.org)
Kathryn A. Eidmann (keidmann@publiccounsel.org)
Amanda K. Pertusati (apertusati@publiccounsel.org)
Amanda Mangaser Savage (asavage@publiccounsel.org)
Amelia Piazza (apiazza@publiccounsel.org)
Public Counsel Law Center
610 S. Ardmore Avenue
Los Angeles, CA 90005
(213) 385-2977

Roman M. Silberfeld (rsilberfeld@robinskaplan.com)
David Martinez (dmartinez@robinskaplan.com)
Tommy H. Du (tdu@robinskaplan.com)
Robins Kaplan LLP
2121 Avenue of the Stars, Ste. 2800
Los Angeles, CA 90067

Eve L. Hill (ehill@browngold.com)
Jamie Strawbridge (jstrawbridge@browngold.com)
Brown Goldstein & Levy LLP
120 East Baltimore St., Suite 2500
Baltimore, MD 21202
(410) 962-1030

T.E. Glenn (tglenn@innercitylaw.org)
Amanda Powell (apowell@innercitylaw.org)
Charles Kohorst (ckohorst@innercitylaw.org)
Inner City Law Center
1309 East Seventh St.

Elkins Kalt Weintraub Reuben Gartside LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

Los Angeles, CA 90021
(213) 891-2880

*Counsel for Defendants-Appellees*:

Charles W. Scarborough (charles.scarborough@usdoj.gov)
Daniel Winik (daniel.l.winik@usdoj.gov)
Amanda L. Mundell (amanda.l.mundell@usdoj.gov)
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 305-8849

Brad P. Rosenberg (brad.rosenberg@usdoj.gov)
Cody T. Knapp (cody.t.knapp@usdoj.gov)
Jody D. Lowenstein (jody.d.lowenstein@usdoj.gov)
Agbeko C. Petty (agbeko.c.petty@usdoj.gov)
Taylor Pitz (taylor.n.pitz@usdoj.gov)
United States Department of Justice Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
(202) 514-1318

*Counsel for Regents of the University of California (appellant in Nos. 24-6138, -6338)*:

Kasey J. Curtis (kcurtis@reedsmith.com)
Corinne Fierro (cfierro@reedsmith.com)
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
(415) 543-8700

Raymond A. Cardozo (rcardozo@reedsmith.com)
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
(415) 543-8700