UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:22-cv-08357-DOC-KS                                    Date:  November 7, 2024

Title: JEFFREY POWERS ET AL. V. DENIS RICHARD MCDONOUGH ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER DENYING FEDERAL DEFENDANTS' MOTION FOR IMMEDIATE ADMINISTRATIVE STAY [394] AND ISSUING AN ORDER TO SHOW CAUSE**

Federal Defendants filed a Motion for Immediate Administrative Stay and Partial Stay Pending Appeal on October 30, 2024 ("Motion") (Dkt. 394). Federal Defendants requested that, at minimum, the Court grant an immediate administrative stay of the Court's October 18 Order to Procure Temporary Housing ("October 18 Order") (Dkt. 375). Motion at 20. Federal Defendants request that the October 18 Order be stayed and the date by which the VA must enter into temporary housing procurement contracts be postponed until at least ten days after a ruling on the Motion. *Id*.

In light of the Court's finding that the need for temporary housing for disabled, homeless veterans before winter conditions arrive is an emergency, and to provide the Federal Defendants as much notice as possible to comply with its October 18 Order to Procure Temporary Housing, the Court hereby DENIES Federal Defendants' Motion for Immediate Administrative Stay of the Court's October 18 Order. *See* Emergency Order Number 1 to Implement the Court's Post-Trial Opinion (Dkt. 341). The Court has not

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:22-CV-08357-DOC-KS                               Date: November 7, 2024

Page 2

decided the remainder of the Motion, including the request for partial stay pending appeal.

To ensure prompt compliance with the Court's October 18 Order, the Court hereby issues an Order to Show Cause why Federal Defendants should not be held in contempt for failure to complete procurement contracts, returnable on November 13 at 8 a.m.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                  Initials of Deputy Clerk: kdu

CIVIL-GEN