**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY POWERS, *et. al.,*<br><br>Plaintiffs,<br><br>vs.<br><br>DENIS RICHARD MCDONOUGH, in his official capacity, Secretary of Veterans Affairs, *et al.,*<br><br>Defendants,<br><br>BRIDGELAND RESOURCES, LLC,<br><br>Intervenor. | Case No.: 2:22-cv-08357-DOC-KS<br><br>**ORDER GRANTING EX PARTE APPLICATION AND ENTERING EMERGENCY ORDER NUMBER 3** [399] |

## ORDER

The application for ex parte relief and the issuance of Emergency Order #3 is granted. The Court finds that entry onto the VA campus for the purpose of ground penetrating radar use and potholing in certain areas is necessary in order to effectuate the placement of temporary supportive housing by February 1, 2025.

The VA is ordered to permit Plaintiffs' consultant to have access to parcels 4A, 5, 7 and Magenta B for the purpose of surveying these parcels including the use of ground penetrating radar and potholing as necessary as decided by Psomas representatives. Psomas representatives are ordered to restore any ground disturbance caused by their work.

IT IS SO ORDERED.

SIGNED and ENTERED this 7th day of November, 2024.

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE