1  BROWNSTEIN HYATT FARBER SCHRECK, LLP
2  Jonathan C. Sandler, Bar No. 227532
   jsandler@bhfs.com
3  2049 Century Park East, Suite 3550
   Los Angeles, California  90067-3007
4  Telephone:  310.500.4600
   Facsimile:   310.500.4602

5  *Attorneys for Brentwood School*

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  JEFFREY POWERS, et al., | Case No. 2:22-cv-08357-DOC-KS |
| 12              Plaintiffs, | **BRENTWOOD SCHOOL'S NOTICE OF APPEAL** |
| 13       v. | **Judge:  Honorable David O. Carter** |
| 14  DENIS RICHARD MCDONOUGH, in his official capacity, Secretary of | |
| 15  Veterans Affairs, et al., | |
| 16              Defendants, | |
| 17  BRIDGELAND RESOURCES, LLC, | |
| 18              Intervenor. | |
| 19 | |

20

21      Notice is hereby given that Brentwood School appeals to the United States

22  Court of Appeals for the Ninth Circuit from the Final Judgment and Permanent

23  Injunction dated October 11, 2024 (ECF No. 358), and from all rulings and orders

24  that merged into that Final Judgment and Permanent Injunction, including, but not

25  limited to, the Permanent Injunction Re: Former Brentwood School Leased Grounds

26  dated October 11, 2024 (ECF No. 357), and Post-Trial Opinion; Findings of Fact &

27  Conclusions of Law dated October 11, 2024 (ECF No. 359) (collectively, the "Final

28  Judgement").

Pursuant to Ninth Circuit Rule 3-2(b), a Representation Statement is attached hereto.

Prior and pending appeals in this case are Ninth Circuit Case Nos. 24-06137, 24-06138, 24-06338, 24-06576, 24-06578, and 24-06603.

On November 4, 2024, Brentwood School filed an unopposed motion to intervene in this Court (ECF No. 398), which remains pending. Out of an abundance of caution, this notice of appeal is being filed prior to the 30-day deadline to appeal the Final Judgment. FRAP 4(a). To the extent the motion to intervene is denied by this Court, Brentwood School intends to file a motion to intervene with the Ninth Circuit.

Nevertheless, Brentwood School has the right to appeal the Final Judgement because: (1) it participated heavily in the district court proceedings that resulted in the Final Judgment, and (2) the Final Judgement expressly impairs Brentwood School's property and contract rights. *See Hilao v. Estate of Marcos*, 393 F.3d 987, 992 (9th Cir. 2004) (holding that nonparties may appeal "when (1) the appellant, though not a party, participated in the district court proceedings, and (2) the equities of the case weigh in favor of hearing the appeal) (internal quotations omitted); *see also* ECF No. 357 at 3:21-22 ("Brentwood School has participated in the hearing on injunctive relief and other conferences with Plaintiffs'/Class counsel, the Monitor, and the Court"); ECF No. 359 at 54:15-20 (declaring that the "lease between the VA and the Brentwood School … is void.").


Dated:  November 8, 2024

BROWNSTEIN HYATT FARBER
SCHRECK, LLP


By: _____
Jonathan C. Sandler
Attorneys for Third-Party Defendant
BRENTWOOD SCHOOL

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
2049 Century Park East, Suite 3550
Los Angeles, CA 90067-3007

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
2049 Century Park East, Suite 3550
Los Angeles, CA 90067-3007

# REPRESENTATION STATEMENT

*Counsel for Brentwood School*:

Jonathan C. Sandler (jsandler@bhfs.com)
Brownstein Hyatt Farber Schreck, LLP
2049 Century Park East, Suite 3550
Los Angeles, California  90067
(310)500-4600

*Counsel for Bridgeland Resources, LLC* (appellant in No. 24-6578)

Ernest J. Guadiana (eguadiana@elkinskalt.com)
Julie Z. Kimball (jkimball@elkinskalt.com)
Sean A. McCormick (smccormick@elkinskalt.com)
Angela M. Butcher (abutcher@elkinskalt.com)
Justin R. Trujillo (jtrujillo@elkinskalt.com)
Elkins Kalt Weintraub Reuben Gartside LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
(310) 746-4400

*Counsel for Plaintiffs-Appellees*:

Mark D. Rosenbaum (mrosenbaum@publiccounsel.org)
Kathryn A. Eidmann (keidmann@publiccounsel.org)
Amanda K. Pertusati (apertusati@publiccounsel.org)
Amanda Mangaser Savage (asavage@publiccounsel.org)
Amelia Piazza (apiazza@publiccounsel.org)
Public Counsel Law Center
610 S. Ardmore Avenue
Los Angeles, CA 90005
(213) 385-2977

Roman M. Silberfeld (rsilberfeld@robinskaplan.com)
David Martinez (dmartinez@robinskaplan.com)
Tommy H. Du (tdu@robinskaplan.com)
Robins Kaplan LLP
2121 Avenue of the Stars, Ste. 2800
Los Angeles, CA 90067

Eve L. Hill (ehill@browngold.com)
Jamie Strawbridge (jstrawbridge@browngold.com)
Brown Goldstein & Levy LLP
120 East Baltimore St., Suite 2500
Baltimore, MD 21202
(410) 962-1030

T.E. Glenn (tglenn@innercitylaw.org)
Amanda Powell (apowell@innercitylaw.org)
Charles Kohorst (ckohorst@innercitylaw.org)
Inner City Law Center
1309 East Seventh St.
Los Angeles, CA 90021
(213) 891-2880

BRENTWOOD SCHOOL'S NOTICE OF
APPEAL 2:22-CV-08357-DOC-KS

*Counsel for Defendants-Appellees*:

Charles W. Scarborough (charles.scarborough@usdoj.gov)
Daniel Winik (daniel.l.winik@usdoj.gov)
Amanda L. Mundell (amanda.l.mundell@usdoj.gov)
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 305-8849

Brad P. Rosenberg (brad.rosenberg@usdoj.gov)
Cody T. Knapp (cody.t.knapp@usdoj.gov)
Jody D. Lowenstein (jody.d.lowenstein@usdoj.gov)
Agbeko C. Petty (agbeko.c.petty@usdoj.gov)
Taylor Pitz (taylor.n.pitz@usdoj.gov)
United States Department of Justice Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
(202) 514-1318

*Counsel for Regents of the University of California* (appellant in Nos. 24- 6138, - 6338):

Kasey J. Curtis (kcurtis@reedsmith.com)
Corinne Fierro (cfierro@reedsmith.com)
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
(415) 543-8700
Raymond A. Cardozo (rcardozo@reedsmith.com)
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
(415) 543-8700

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
2049 Century Park East, Suite 3550
Los Angeles, CA 90067-3007

BRENTWOOD SCHOOL'S NOTICE OF APPEAL 2:22-CV-08357-DOC-KS