# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:22-cv-08357-DOC-KS　　　　　　　　　　　　　　　　Date: November 8, 2024

Title: JEFFREY POWERS ET AL. V. DENIS RICHARD MCDONOUGH ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):　　ORDER REGARDING REPLY AND SURREPLY**

As discussed at the November 7, 2024, hearing, the parties are granted the opportunity to simultaneously submit to this Court a Reply and Surreply by Tuesday, November 12, 2024, at noon. These replies are to be no longer than five pages maximum.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: kdu

CIVIL-GEN