MARK D. ROSENBAUM, 59940
mrosenbaum@publiccounsel.org
KATHRYN A. EIDMANN, 268053
keidmann@publiccounsel.org
AMANDA K. PERTUSATI, 296669
apertusati@publiccounsel.org
AMANDA MANGASER SAVAGE, 325996
asavage@publiccounsel.org
AMELIA PIAZZA, SBN 342473
apiazza@publiccounsel.org
PUBLIC COUNSEL LAW CENTER
610 S. Ardmore Avenue
Los Angeles, California 90005
Telephone:   (213) 385-2977
Facsimile:   (213) 385-9089

EVE L. HILL, 202178
EHill@browngold.com
JAMIE STRAWBRIDGE, Pro Hac Vice
JStrawbridge@browngold.com
BROWN GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 2500
Baltimore, Maryland 21202
Telephone:   (410) 962-1030
Facsimile:   (401) 385-0869

ROMAN M. SILBERFELD, 62783
RSilberfeld@RobinsKaplan.com
DAVID MARTINEZ, 193183
dmartinez@robinskaplan.com
TOMMY H. DU, 305117
TDu@RobinsKaplan.com
ROBINS KAPLAN LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone:   (310) 552-0130
Facsimile:   (310) 229-5800

T.E. GLENN, 155761
TGlenn@innercitylaw.org
AMANDA POWELL, 318036
APowell@innercitylaw.org
CHARLES KOHORST, 327558
CKohorst@innercitylaw.org
INNER CITY LAW CENTER
1309 East Seventh Street
Los Angeles, CA 90021
Telephone:   (213) 891-2880
Facsimile:   (213) 891-2888

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY POWERS, *et. al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>DENIS RICHARD MCDONOUGH, in his official capacity, Secretary of Veterans Affairs, *et al.*,<br><br>Defendants,<br><br>BRIDGELAND RESOURCES, LLC,<br><br>Intervenor. | Case No.: 2:22-cv-08357-DOC-KS<br><br>**PLAINTIFFS' STATUS REPORT RE: BRENTWOOD SETTLEMENT** |

# STATUS REPORT

Plaintiffs respectfully submit this status report to advise the Court of the status of the notices regarding the proposed class settlement as to Non-Party Brentwood School in advance of the Final Approval Hearing set for November 13, 2024 at 8:00 a.m.

As ordered by the Court (*see* ECF No. 376), on or about October 23, 2024, Plaintiffs created a website to provide notice of the settlement to the class: https://www.robinskaplan.com/-/media/pdfs/files/notice-of-proposed-partial-class-action-settlement-main.pdf. In addition, also on or about October 23, 2024, Plaintiffs provided notice by both mail and email to the organizations identified in the Court's order (*see* Ex. C, ECF No. 363). As part of the certified mail sent to these organizations, Plaintiffs provided each organization with 20 copies of the notice to be distributed to potential class members. To date, Plaintiffs have not received any objection or opposition to be proposed class settlement.

In light of the Ninth Circuit's Order, whether the hearing can/should proceed is under review by counsel and counsel will be prepared to address that question at the hearing.

Respectfully submitted,

DATED: November 12, 2024

**PUBLIC COUNSEL LAW CENTER**
   MARK D. ROSENBAUM
   KATHRYN A. EIDMANN
   AMANDA K. PERTUSATI
   AMANDA MANGASER SAVAGE
   AMELIA PIAZZA

/s/ *Mark D. Rosenbaum*
MARK D. ROSENBAUM

Attorneys for Plaintiffs

DATED: November 12, 2024

**BROWN GOLDSTEIN & LEVY, LLP**
   EVE L. HILL

|  |  |
|---|---|
|  | JAMIE STRAWBRIDGE |
|  | /s/ *Eve L. Hill* |
|  | EVE L. HILL |
|  | Attorneys for Plaintiffs |
| DATED: November 12, 2024 | **INNER CITY LAW CENTER** |
|  | T.E. GLENN |
|  | AMANDA POWELL |
|  | CHARLES KOHORST |
|  | s/ *T. E. Glenn* |
|  | T. E. GLENN |
|  | Attorneys for Plaintiffs |
| DATED: November 12, 2024 | **ROBINS KAPLAN LLP** |
|  | ROMAN M. SILBERFELD |
|  | DAVID MARTINEZ |
|  | TOMMY H. DU |
|  | /s/ *Roman M. Silberfeld* |
|  | ROMAN M. SILBERFELD |
|  | Attorneys for Plaintiffs |