FILED

NOV 8 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JEFFREY POWERS; et al.,<br><br>   Plaintiffs - Appellees,<br><br>and<br><br>SAMUEL CASTELLANOS; et al.,<br><br>   Plaintiffs,<br><br>BRIDGELAND RESOURCES, LLC,<br><br>   Intervenor-Plaintiff - Appellee,<br><br> v.<br><br>DENIS RICHARD MCDONOUGH; et al.,<br><br>   Defendants - Appellants,<br><br>and<br><br>DOUGLAS GUTHRIE,<br><br>   Defendant - Appellee. | No. 24-6576<br><br>D.C. No.<br>2:22-cv-08357-DOC-KS<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: S.R. THOMAS, BYBEE, and COLLINS, Circuit Judges.

  The request for a temporary stay is granted. The district court's October 11, 2024 judgment is temporarily stayed pending resolution of the motion to stay pending appeal. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019). The

court will establish a schedule for the opposition and reply to the stay motion after the district court fully resolves the motion for stay pending before it.