UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 14 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEFFREY POWERS; et al.,<br><br>        Plaintiffs - Appellees,<br><br>and<br><br>SAMUEL CASTELLANOS; et al.,<br><br>        Plaintiffs,<br><br>BRIDGELAND RESOURCES, LLC,<br><br>        Intervenor-Plaintiff - Appellee,<br><br> v.<br><br>DENIS RICHARD MCDONOUGH; et al.,<br><br>        Defendants - Appellants,<br><br>and<br><br>DOUGLAS GUTHRIE,<br><br>        Defendant - Appellee. | No. 24-6576<br><br>D.C. No.<br>2:22-cv-08357-DOC-KS<br>Central District of California,<br>Los Angeles<br><br>ORDER |

The response to the motion to stay is due November 19, 2024. The optional reply is due November 22, 2024.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT