**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES – GENERAL</u>**

Case No: <u>2:22-cv-08357-DOC-KS</u>                    Date: <u>January 21, 2025</u>

Title:  <u>Jeffrey Powers et al v. Denis Richard McDonough et al</u>

PRESENT:   <u>THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE</u>

<u>        Karlen Dubon        </u>                    <u>        Not Reported        </u>
Courtroom Clerk                                        Court Reporter

ATTORNEYS PRESENT FOR                 ATTORNEYS PRESENT FOR
PLAINTIFF:                                               DEFENDANT:
None Present                                            None Present

**PROCEEDINGS (IN CHAMBRS):          SPECIAL MASTERS' INVOICES**

      Pursuant to Paragraph 12 of the Order Appointing Special Masters (Dkt. 119), the parties are hereby ordered to process and promptly make payment on the Special Masters' invoices (attached herein).

<u>Initials of Deputy Clerk: kdu</u>

# STATEMENT OF ACCOUNT    ● JAMS ®

**Statement Date**
01/15/2025

Bill To:
**Taylor Pitz Esq.**
**United States Department of Justice**
**1100 L Street, NW**
**Washington, DC 20005**
**US**

| | |
|---|---|
| **Reference #:** | **1220075673 - Rep# 19** |
| Billing Inquiries: | **Hart, Lynne** |
| Email: | **lhart@jamsadr.com** |
| Telephone: | **949-224-4628** |
| Employer ID: | **68-0542699** |

RE: **Powers, Jeffrey, et al. vs. McDonough, Denis Richard, et al. (2:22-cv-08357-DOC-JEM)**

Representing: **Denis Richard McDonough ; Marcia L. Fudge ; Douglas Guthrie ; Robert Merchant ; Keith Harris ; Steven Braverman**

Neutral(s):   **Daniel Garrie, Esq.**
              **Hon. James Smith, (Ret.)**

Hearing Type:  **COURT REFERENCE**

| Date / Time | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 3/13/24 | Invoice # 7081508 | $4,229.00 | | $4,229.00 |
| 3/29/24 | Invoice # 7107700 | $7,627.50 | | $11,856.50 |
| 4/22/24 | Check No. ACH<br>Paid By: US Department of the Treasury | | ($4,229.00) | $7,627.50 |
| 4/30/24 | Invoice # 7149450 | $23,299.21 | | $30,926.71 |
| 5/31/24 | Invoice # 7193710 | $8,757.50 | | $39,684.21 |
| 6/28/24 | Invoice # 7232932 | $18,814.50 | | $58,498.71 |
| 7/31/24 | Invoice # 7277004 | $6,172.63 | | $64,671.34 |
| | **Outstanding Balance** | | | **$64,671.34** |

**Please make checks payable to JAMS, Inc.**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**



# INVOICE

**Invoice Date**
3/13/2024

**Invoice Number**
7081508

Bill To: **Taylor Pitz Esq.**
**United States Department of Justice**
**1100 L Street, NW**
**Washington, DC 20005**
**US**

| Reference #: | 1220075673 - Rep# 19 |
|---|---|
| Billing Inquiries: | **Hart, Lynne** |
| Email: | lhart@jamsadr.com |
| Telephone: | 949-224-4628 |
| Employer ID: | 68-0542699 |

RE: **Powers, Jeffrey, et al. vs. McDonough, Denis Richard, et al. (2:22-cv-08357-DOC-JEM)**

Representing: **Denis Richard McDonough ; Marcia L. Fudge ; Douglas Guthrie ; Robert Merchant ; Keith Harris ; Steven Braverman**

Neutral(s): **Daniel Garrie, Esq.**
**Hon. James Smith, (Ret.)**

Hearing Type: **COURT REFERENCE**    EW

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 2/19/24 | **Daniel Garrie Esq.** Review docket filings by the parties and motions | 4.90 | $500.00 | $2,450.00 | 2 | $1,225.00 |
| 2/23/24 | **Daniel Garrie Esq.** Review docket filings by the parties and motions | 1.80 | $500.00 | $900.00 | 2 | $450.00 |
| 2/24/24 | **Daniel Garrie Esq.** Review docket filings by the parties and motions | 1.10 | $500.00 | $550.00 | 2 | $275.00 |
| 2/28/24 | **Daniel Garrie Esq.** Summarize hearing notes | 0.50 | $500.00 | $250.00 | 2 | $125.00 |
| 2/28/24 | **Daniel Garrie Esq.** Hearing with the parties | 0.70 | $500.00 | $350.00 | 2 | $175.00 |
| 2/28/24 | **Daniel Garrie Esq.** Joint submission review and prepare for hearing | 3.10 | $500.00 | $1,550.00 | 2 | $775.00 |
| 2/29/24 | **Daniel Garrie Esq.** Read and respond to emails from Judge Smith | 0.20 | $500.00 | $100.00 | 2 | $50.00 |
| 2/29/24 | **Daniel Garrie Esq.** Review order and provide feedback to Judge Smith | 0.90 | $500.00 | $450.00 | 2 | $225.00 |
| 3/13/24 | Case Management Fee | | | | | $429.00 |
| 3/13/24 | Initial Non-Refundable Fee | | | | | $500.00 |
| | | | | Fees | | $4,229.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

# INVOICE



**Invoice Date**
3/13/2024

**Invoice Number**
7081508

| | |
|---|---|
| Fees | $4,229.00 |
| **Invoice Total** | $4,229.00 |

*Account Balance at 1/15/2025 $64,671.34*

*David O. Carter*    01-21-2025

---

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**



# INVOICE

**Invoice Date**
3/29/2024

**Invoice Number**
7107700

Bill To: **Taylor Pitz Esq.**
**United States Department of Justice**
**1100 L Street, NW**
**Washington, DC 20005**
**US**

| Reference #: | 1220075673 - Rep# 19 |
|---|---|
| Billing Inquiries: | **Hart, Lynne** |
| Email: | lhart@jamsadr.com |
| Telephone: | **949-224-4628** |
| Employer ID: | **68-0542699** |

RE: **Powers, Jeffrey, et al. vs. McDonough, Denis Richard, et al. (2:22-cv-08357-DOC-JEM)**

Representing: **Denis Richard McDonough ; Marcia L. Fudge ; Douglas Guthrie ; Robert Merchant ; Keith Harris ; Steven Braverman**

Neutral(s): **Daniel Garrie, Esq.**
**Hon. James Smith, (Ret.)**

Hearing Type: **COURT REFERENCE**            EW

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 3/12/24 | **Daniel Garrie Esq.** Monitor deposition (6.2); calls with SMP re: logistics and etc. for monitoring (0.3) | 6.50 | $500.00 | $3,250.00 | 2 | $1,625.00 |
| 3/14/24 | **Hon. James L Smith (Ret.)** Monitoring of deposition of Steven Braverman | 8.00 | $500.00 | $4,000.00 | 2 | $2,000.00 |
| 3/22/24 | **Daniel Garrie Esq.** Monitor deposition (6.4); calls with Court and SMP re: April hearing and etc. (0.1); | 6.50 | $500.00 | $3,250.00 | 2 | $1,625.00 |
| 3/26/24 | **Hon. James L Smith (Ret.)** Additional Hearing Time | 6.00 | $500.00 | $3,000.00 | 2 | $1,500.00 |
| 3/29/24 | Case Management Fee | | | | | $877.50 |
| | | | | Fees | | $7,627.50 |

| | |
|---|---|
| **Fees** | $7,627.50 |
| **Invoice Total** | $7,627.50 |

*Account Balance at 1/15/2025 $64,671.34*

*David O. Carter*   01-21-2025

---

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

| Standard mail: | Overnight mail: |
|---|---|
| **P.O. Box 845402** | **18881 Von Karman Ave. Suite 350** |
| **Los Angeles, CA 90084** | **Irvine, CA 92612** |

# INVOICE



**Invoice Date**
4/30/2024

**Invoice Number**
7149450

Bill To: **Taylor Pitz Esq.**
**United States Department of Justice**
**1100 L Street, NW**
**Washington, DC 20005**
**US**

| Reference #: | 1220075673 - Rep# 19 |
|---|---|
| Billing Inquiries: | **Hart, Lynne** |
| Email: | **lhart@jamsadr.com** |
| Telephone: | **949-224-4628** |
| Employer ID: | **68-0542699** |

RE: **Powers, Jeffrey, et al. vs. McDonough, Denis Richard, et al. (2:22-cv-08357-DOC-JEM)**

Representing: **Denis Richard McDonough ; Marcia L. Fudge ; Douglas Guthrie ; Robert Merchant ; Keith Harris ; Steven Braverman**

Neutral(s): **Daniel Garrie, Esq.**
**Hon. James Smith, (Ret.)**

Hearing Type: **COURT REFERENCE**                    EW

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 3/4/24 | **Hon. James L Smith (Ret.)** Conference call with parties | 0.70 | $500.00 | $350.00 | 2 | $175.00 |
| 3/7/24 | **Hon. James L Smith (Ret.)** Monitoring deposition of Brett Sims | 7.50 | $500.00 | $3,750.00 | 2 | $1,875.00 |
| 3/26/24 | **Daniel Garrie Esq.** Monitor deposition (6.0) and review short hand notes (0.3) | 6.30 | $500.00 | $3,150.00 | 2 | $1,575.00 |
| 3/29/24 | **Daniel Garrie Esq.** Monitor deposition (6.2); update short hand notes (0.3) | 6.50 | $500.00 | $3,250.00 | 2 | $1,625.00 |
| 4/4/24 | **Hon. James L Smith (Ret.)** Court Hearing | 5.00 | $500.00 | $2,500.00 | 2 | $1,250.00 |
| 4/4/24 | **Daniel Garrie Esq.** Prepare for Court hearing (1.4); research and review docket (1.1); attend and conduct hearings (4.0); discuss next steps with SMP Smith (0.9); review case law on eDiscovery issues (1.1) | 8.50 | $500.00 | $4,250.00 | 2 | $2,125.00 |
| 4/5/24 | **Daniel Garrie Esq.** Court in continuous session and hearing (5.0) | 5.00 | $500.00 | $2,500.00 | 2 | $1,250.00 |
| 4/8/24 | **Hon. James L Smith (Ret.)** Hearing - Federal Court - L.A. | 5.00 | $500.00 | $2,500.00 | 2 | $1,250.00 |
| 4/8/24 | **Daniel Garrie Esq.** Prepare for Court hearing (1.5); Meet with the Court and SMP (5.2); | 6.70 | $500.00 | $3,350.00 | 2 | $1,675.00 |
| 4/9/24 | **Daniel Garrie Esq.** Travel time related to Court hearings | 4.00 | $500.00 | $2,000.00 | 2 | $1,000.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**



# INVOICE

**Invoice Date**
4/30/2024

**Invoice Number**
7149450

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 4/18/24 | **Daniel Garrie Esq.** Review filings on the dockets | 1.20 | $500.00 | $600.00 | 2 | $300.00 |
| 4/18/24 | **Hon. James L Smith (Ret.)** Harris deposition | 7.00 | $500.00 | $3,500.00 | 2 | $1,750.00 |
| 4/19/24 | **Daniel Garrie Esq.** Monitor deposition | 4.00 | $500.00 | $2,000.00 | 2 | $1,000.00 |
| 4/29/24 | **Hon. James L Smith (Ret.)** Zoom Conference - deposition monitoring - Braverman | 7.50 | $500.00 | $3,750.00 | 2 | $1,875.00 |
| 4/30/24 | **Hon. James L Smith (Ret.)** Additional Hearing Time | 5.00 | $500.00 | $2,500.00 | 2 | $1,250.00 |
| 4/30/24 | Case Management Fee | | | | | $2,596.75 |
| | | | | Fees | | $22,571.75 |
| 3/29/24 | **Daniel Garrie Esq.** Air Travel | | | | | $601.20 |
| 4/9/24 | **Daniel Garrie Esq.** Hotel | | | | | $126.26 |
| | | | | Expenses | | $727.46 |

| | |
|---|---|
| **Fees** | $22,571.75 |
| **Expenses** | $727.46 |
| **Invoice Total** | $23,299.21 |

*Account Balance at 1/15/2025 $64,671.34*

*David O. Carter*  01-21-2025

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

| Standard mail: | Overnight mail: |
|---|---|
| **P.O. Box 845402** | **18881 Von Karman Ave. Suite 350** |
| **Los Angeles, CA 90084** | **Irvine, CA 92612** |



# INVOICE

**Invoice Date**
5/31/2024

**Invoice Number**
7193710

Bill To:
**Taylor Pitz Esq.
United States Department of Justice
1100 L Street, NW
Washington, DC 20005
US**

| Reference #: | 1220075673 - Rep# 19 |
|---|---|
| Billing Inquiries: | **Hart, Lynne** |
| Email: | **lhart@jamsadr.com** |
| Telephone: | **949-224-4628** |
| Employer ID: | **68-0542699** |

RE: **Powers, Jeffrey, et al. vs. McDonough, Denis Richard, et al. (2:22-cv-08357-DOC-JEM)**

Neutral(s): **Daniel Garrie, Esq.
Hon. James Smith, (Ret.)**

Representing: **Denis Richard McDonough ; Marcia L. Fudge ; Douglas Guthrie ; Robert Merchant ; Keith Harris ; Steven Braverman**

Hearing Type: **COURT REFERENCE**          LB

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 4/30/24 | **Daniel Garrie Esq.** Prepare and attend and monitor depositions. | 7.90 | $500.00 | $3,950.00 | 2 | $1,975.00 |
| 5/1/24 | **Daniel Garrie Esq.** Review court filings to date | 2.50 | $500.00 | $1,250.00 | 2 | $625.00 |
| 5/7/24 | **Hon. James L Smith (Ret.)** Sessom Depo montoring | 4.00 | $500.00 | $2,000.00 | 2 | $1,000.00 |
| 5/7/24 | **Daniel Garrie Esq.** Prepare and attend and monitor depositions - blocked half day. | 4.00 | $500.00 | $2,000.00 | 2 | $1,000.00 |
| 5/13/24 | **Daniel Garrie Esq.** Skim new filing on docket | 0.60 | $500.00 | $300.00 | 2 | $150.00 |
| 5/14/24 | **Daniel Garrie Esq.** Prepare and attend and monitor deposition - default half day billed | 4.00 | $500.00 | $2,000.00 | 2 | $1,000.00 |
| 5/21/24 | **Hon. James L Smith (Ret.)** Depo of Johnson | 4.00 | $500.00 | $2,000.00 | 2 | $1,000.00 |
| 5/22/24 | **Daniel Garrie Esq.** Deposition was canceled early. | 4.00 | $500.00 | $2,000.00 | 2 | $1,000.00 |
| 5/31/24 | Case Management Fee | | | | | $1,007.50 |
| | | | | Fees | | $8,757.50 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
**P.O. Box 845402
Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350
Irvine, CA 92612**

# INVOICE



**Invoice Date**
5/31/2024

**Invoice Number**
7193710

| | |
|---|---|
| Fees | $8,757.50 |
| **Invoice Total** | $8,757.50 |

*Account Balance at 1/15/2025 $64,671.34*

*David O. Carter*   01-21-2025

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

# INVOICE



**Invoice Date**
6/28/2024

**Invoice Number**
7232932

Bill To:  **Taylor Pitz Esq.**
**United States Department of Justice**
**1100 L Street, NW**
**Washington, DC 20005**
**US**

| Reference #: | 1220075673 - Rep# 19 |
|---|---|
| Billing Inquiries: | **Hart, Lynne** |
| Email: | **lhart@jamsadr.com** |
| Telephone: | **949-224-4628** |
| Employer ID: | **68-0542699** |

RE: **Powers, Jeffrey, et al. vs. McDonough, Denis Richard, et al. (2:22-cv-08357-DOC-JEM)**

Representing: **Denis Richard McDonough ; Marcia L. Fudge ; Douglas Guthrie ; Robert Merchant ; Keith Harris ; Steven Braverman**

Neutral(s):  **Daniel Garrie, Esq.**
**Hon. James Smith, (Ret.)**

Hearing Type:  **COURT REFERENCE**          LB

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 6/4/24 | **Daniel Garrie Esq.** Did not monitor, canceled but did not provide appropriate notice. | 4.00 | $500.00 | $2,000.00 | 2 | $1,000.00 |
| 6/6/24 | **Hon. James L Smith (Ret.)** Conference call with parties. Zoom depo of UC | 8.00 | $500.00 | $4,000.00 | 2 | $2,000.00 |
| 6/12/24 | **Hon. James L Smith (Ret.)** Zoom Conference depo of Johnson | 8.00 | $500.00 | $4,000.00 | 2 | $2,000.00 |
| 6/13/24 | **Daniel Garrie Esq.** Attend all day deposition monitoring | 8.10 | $500.00 | $4,050.00 | 2 | $2,025.00 |
| 6/18/24 | **Daniel Garrie Esq.** Review plaintiff deposition. | 2.10 | $500.00 | $1,050.00 | 2 | $525.00 |
| 6/18/24 | **Daniel Garrie Esq.** Finish review of plaintiff deposition (1.3); review Federal government motions (2.8) | 4.10 | $500.00 | $2,050.00 | 2 | $1,025.00 |
| 6/19/24 | **Hon. James L Smith (Ret.)** Review Submissions from the parties | 1.00 | $500.00 | $500.00 | 2 | $250.00 |
| 6/19/24 | **Daniel Garrie Esq.** Review statutes and regulations | 2.20 | $500.00 | $1,100.00 | 2 | $550.00 |
| 6/19/24 | **Hon. James L Smith (Ret.)** Zoom Conference depos of NVF and Wright | 6.00 | $500.00 | $3,000.00 | 2 | $1,500.00 |
| 6/20/24 | **Daniel Garrie Esq.** Prepare for hearing on Section 205 and 207 regulation (2.8); | 2.80 | $500.00 | $1,400.00 | 2 | $700.00 |
| 6/20/24 | **Hon. James L Smith (Ret.)** Conference call with parties | 7.00 | $500.00 | $3,500.00 | 2 | $1,750.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

# INVOICE



**Invoice Date**
6/28/2024

**Invoice Number**
7232932

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 6/26/24 | **Hon. James L Smith (Ret.)** Report and Recommendation of Special Master Panel regarding 18 U.S.C. 205/207 issue. | 1.50 | $500.00 | $750.00 | 2 | $375.00 |
| 6/26/24 | **Daniel Garrie Esq.** Review party submissions and statutes re: testimony of Dr. Sherin | 2.50 | $500.00 | $1,250.00 | 2 | $625.00 |
| 6/26/24 | **Hon. James L Smith (Ret.)** Monitoring of SafetyPark depo | 4.00 | $500.00 | $2,000.00 | 2 | $1,000.00 |
| 6/26/24 | **Daniel Garrie Esq.** Draft report and recommendation re: Dr. Sherin testimony issue | 5.30 | $500.00 | $2,650.00 | 2 | $1,325.00 |
| 6/28/24 | Case Management Fee | | | | | $2,164.50 |
| | | | | Fees | | $18,814.50 |

| | |
|---|---|
| **Fees** | $18,814.50 |
| **Invoice Total** | $18,814.50 |

*Account Balance at 1/15/2025 $64,671.34*

*David O. Carter*    01-21-2025

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

# INVOICE



**Invoice Date**
7/31/2024

**Invoice Number**
7277004

Bill To: **Taylor Pitz Esq.**
**United States Department of Justice**
**1100 L Street, NW**
**Washington, DC 20005**
**US**

| Reference #: | 1220075673 - Rep# 19 |
|---|---|
| Billing Inquiries: | **Hart, Lynne** |
| Email: | lhart@jamsadr.com |
| Telephone: | 949-224-4628 |
| Employer ID: | 68-0542699 |

RE: **Powers, Jeffrey, et al. vs. McDonough, Denis Richard, et al. (2:22-cv-08357-DOC-JEM)**

Representing: **Denis Richard McDonough ; Marcia L. Fudge ; Douglas Guthrie ; Robert Merchant ; Keith Harris ; Steven Braverman**

Neutral(s): **Daniel Garrie, Esq.**
**Hon. James Smith, (Ret.)**

Hearing Type: **COURT REFERENCE**          LB

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 6/27/24 | **Hon. James L Smith (Ret.)** Telephone conference with the Court | 0.75 | $500.00 | $375.00 | 2 | $187.50 |
| 6/27/24 | **Daniel Garrie Esq.** Work on report and recommendation re: Dr. Sherin | 3.30 | $500.00 | $1,650.00 | 2 | $825.00 |
| 6/27/24 | **Daniel Garrie Esq.** Monitor deposition | 5.30 | $500.00 | $2,650.00 | 2 | $1,325.00 |
| 6/28/24 | **Hon. James L Smith (Ret.)** HACLA Deposition | 4.50 | $500.00 | $2,250.00 | 2 | $1,125.00 |
| 7/18/24 | **Hon. James L Smith (Ret.)** Monitoring deposition of Dr. Sherin | 8.00 | $500.00 | $4,000.00 | 2 | $2,000.00 |
| 7/31/24 | Case Management Fee | | | | | $710.13 |
| | | | | Fees | | $6,172.63 |

| | |
|---|---|
| **Fees** | $6,172.63 |
| **Invoice Total** | $6,172.63 |

*Account Balance at 1/15/2025 $64,671.34*

*David O. Carter*     01-21-2025

---

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

# STATEMENT OF ACCOUNT    ● JAMS ● ®

**Statement Date**
01/15/2025

Bill To:    **Silvia Green**
**Robins Kaplan LLP**
**800 LaSalle Ave.**
**Suite 2800**
**Minneapolis, MN 55402**
**US**

| | |
|---|---|
| **Reference #:** | **1220075673 - Rep# 18** |
| Billing Inquiries: | **Hart, Lynne** |
| Email: | **lhart@jamsadr.com** |
| Telephone: | **949-224-4628** |
| Employer ID: | **68-0542699** |

RE: **Powers, Jeffrey, et al. vs. McDonough, Denis Richard, et al. (2:22-cv-08357-DOC-JEM)**
Representing: **Jeffrey Powers ; Deavin Sessom ; Laurieann Wright ; Samuel Castellanos ; Joseph Fields ; Lavon Johnson ; Billy Edwards ; Jessica Miles ; Joshua Robert Petitt ; Glenn Surrette ; Naryan Stibbie ; National Veterans Foundation**

Neutral(s):   **Daniel Garrie, Esq.**
**Hon. James Smith, (Ret.)**

Hearing Type:  **COURT REFERENCE**

| Date / Time | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 3/13/24 | Invoice # 7081506 | $4,229.00 | | $4,229.00 |
| 3/29/24 | Invoice # 7107698 | $7,627.50 | | $11,856.50 |
| 4/30/24 | Invoice # 7149448 | $23,299.21 | | $35,155.71 |
| 5/28/24 | Check No. 7950196331<br>Paid By: CHUBB ILLINOIS UNION INSURANCE | | ($4,666.67) | $30,489.04 |
| 5/31/24 | Invoice # 7193708 | $8,757.50 | | $39,246.54 |
| 6/28/24 | Invoice # 7232930 | $18,814.50 | | $58,061.04 |
| 7/31/24 | Invoice # 7277002 | $6,172.63 | | $64,233.67 |
| | **Outstanding Balance** | | | **$64,233.67** |

**Please make checks payable to JAMS, Inc.**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

# INVOICE



**Invoice Date**
3/13/2024

**Invoice Number**
7081506

Bill To: **Silvia Green**
**Robins Kaplan LLP**
**800 LaSalle Ave.**
**Suite 2800**
**Minneapolis, MN 55402**
**US**

| **Reference #:** | **1220075673 - Rep# 18** |
|---|---|
| Billing Inquiries: | **Hart, Lynne** |
| Email: | **lhart@jamsadr.com** |
| Telephone: | **949-224-4628** |
| Employer ID: | **68-0542699** |

RE: **Powers, Jeffrey, et al. vs. McDonough, Denis Richard, et al. (2:22-cv-08357-DOC-JEM)**

Representing: **Jeffrey Powers ; Deavin Sessom ; Laurieann Wright ; Samuel Castellanos ; Joseph Fields ; Lavon Johnson ; Billy Edwards ; Jessica Miles ; Joshua Robert Petitt ; Glenn Surrette ; Naryan Stibbie ; Nation**

Neutral(s): **Daniel Garrie, Esq.**
**Hon. James Smith, (Ret.)**

Hearing Type: **COURT REFERENCE**          EW

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 2/19/24 | **Daniel Garrie Esq.** Review docket filings by the parties and motions | 4.90 | $500.00 | $2,450.00 | 2 | $1,225.00 |
| 2/23/24 | **Daniel Garrie Esq.** Review docket filings by the parties and motions | 1.80 | $500.00 | $900.00 | 2 | $450.00 |
| 2/24/24 | **Daniel Garrie Esq.** Review docket filings by the parties and motions | 1.10 | $500.00 | $550.00 | 2 | $275.00 |
| 2/28/24 | **Daniel Garrie Esq.** Summarize hearing notes | 0.50 | $500.00 | $250.00 | 2 | $125.00 |
| 2/28/24 | **Daniel Garrie Esq.** Hearing with the parties | 0.70 | $500.00 | $350.00 | 2 | $175.00 |
| 2/28/24 | **Daniel Garrie Esq.** Joint submission review and prepare for hearing | 3.10 | $500.00 | $1,550.00 | 2 | $775.00 |
| 2/29/24 | **Daniel Garrie Esq.** Read and respond to emails from Judge Smith | 0.20 | $500.00 | $100.00 | 2 | $50.00 |
| 2/29/24 | **Daniel Garrie Esq.** Review order and provide feedback to Judge Smith | 0.90 | $500.00 | $450.00 | 2 | $225.00 |
| 3/13/24 | Case Management Fee | | | | | $429.00 |
| 3/13/24 | Initial Non-Refundable Fee | | | | | $500.00 |
| | | | | Fees | | $4,229.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

# INVOICE



**Invoice Date**
3/13/2024

**Invoice Number**
7081506

| | |
|---|---|
| **Fees** | $4,229.00 |
| **Invoice Total** | $4,229.00 |

*Account Balance at 1/15/2025 $64,233.67*

*David O. Carter*  01-21-2025

---

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

| Standard mail: | Overnight mail: |
|---|---|
| **P.O. Box 845402** | **18881 Von Karman Ave. Suite 350** |
| **Los Angeles, CA 90084** | **Irvine, CA 92612** |

# INVOICE



**Invoice Date**
3/29/2024

**Invoice Number**
7107698

Bill To:
**Silvia Green**
**Robins Kaplan LLP**
**800 LaSalle Ave.**
**Suite 2800**
**Minneapolis, MN 55402**
**US**

| Reference #: | 1220075673 - Rep# 18 |
|---|---|
| Billing Inquiries: | **Hart, Lynne** |
| Email: | **lhart@jamsadr.com** |
| Telephone: | **949-224-4628** |
| Employer ID: | **68-0542699** |

RE: **Powers, Jeffrey, et al. vs. McDonough, Denis Richard, et al. (2:22-cv-08357-DOC-JEM)**

Representing: **Jeffrey Powers ; Deavin Sessom ; Laurieann Wright ; Samuel Castellanos ; Joseph Fields ; Lavon Johnson ; Billy Edwards ; Jessica Miles ; Joshua Robert Petitt ; Glenn Surrette ; Naryan Stibbie ; Nation**

Neutral(s): **Daniel Garrie, Esq.**
**Hon. James Smith, (Ret.)**

Hearing Type: **COURT REFERENCE**          EW

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 3/12/24 | **Daniel Garrie Esq.** Monitor deposition (6.2); calls with SMP re: logistics and etc. for monitoring (0.3) | 6.50 | $500.00 | $3,250.00 | 2 | $1,625.00 |
| 3/14/24 | **Hon. James L Smith (Ret.)** Monitoring of deposition of Steven Braverman | 8.00 | $500.00 | $4,000.00 | 2 | $2,000.00 |
| 3/22/24 | **Daniel Garrie Esq.** Monitor deposition (6.4); calls with Court and SMP re: April hearing and etc. (0.1); | 6.50 | $500.00 | $3,250.00 | 2 | $1,625.00 |
| 3/26/24 | **Hon. James L Smith (Ret.)** Additional Hearing Time | 6.00 | $500.00 | $3,000.00 | 2 | $1,500.00 |
| 3/29/24 | Case Management Fee | | | | | $877.50 |
| | | | | Fees | | $7,627.50 |

| | |
|---|---|
| **Fees** | $7,627.50 |
| **Invoice Total** | $7,627.50 |

*Account Balance at 1/15/2025 $64,233.67*

*David O. Carter*          01-21-2025

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

# INVOICE



**Invoice Date**
4/30/2024

**Invoice Number**
7149448

Bill To: **Silvia Green**
**Robins Kaplan LLP**
**800 LaSalle Ave.**
**Suite 2800**
**Minneapolis, MN 55402**
**US**

| **Reference #:** | **1220075673 - Rep# 18** |
|---|---|
| Billing Inquiries: | **Hart, Lynne** |
| Email: | **lhart@jamsadr.com** |
| Telephone: | **949-224-4628** |
| Employer ID: | **68-0542699** |

RE: **Powers, Jeffrey, et al. vs. McDonough, Denis Richard, et al. (2:22-cv-08357-DOC-JEM)**

Representing: **Jeffrey Powers ; Deavin Sessom ; Laurieann Wright ; Samuel Castellanos ; Joseph Fields ; Lavon Johnson ; Billy Edwards ; Jessica Miles ; Joshua Robert Petitt ; Glenn Surrette ; Naryan Stibbie ; Nation**

Neutral(s): **Daniel Garrie, Esq.**
**Hon. James Smith, (Ret.)**

Hearing Type: **COURT REFERENCE**          EW

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 3/4/24 | **Hon. James L Smith (Ret.)** Conference call with parties | 0.70 | $500.00 | $350.00 | 2 | $175.00 |
| 3/7/24 | **Hon. James L Smith (Ret.)** Monitoring deposition of Brett Sims | 7.50 | $500.00 | $3,750.00 | 2 | $1,875.00 |
| 3/26/24 | **Daniel Garrie Esq.** Monitor deposition (6.0) and review short hand notes (0.3) | 6.30 | $500.00 | $3,150.00 | 2 | $1,575.00 |
| 3/29/24 | **Daniel Garrie Esq.** Monitor deposition (6.2); update short hand notes (0.3) | 6.50 | $500.00 | $3,250.00 | 2 | $1,625.00 |
| 4/4/24 | **Hon. James L Smith (Ret.)** Court Hearing | 5.00 | $500.00 | $2,500.00 | 2 | $1,250.00 |
| 4/4/24 | **Daniel Garrie Esq.** Prepare for Court hearing (1.4); research and review docket (1.1); attend and conduct hearings (4.0); discuss next steps with SMP Smith (0.9); review case law on eDiscovery issues (1.1) | 8.50 | $500.00 | $4,250.00 | 2 | $2,125.00 |
| 4/5/24 | **Daniel Garrie Esq.** Court in continuous session and hearing (5.0) | 5.00 | $500.00 | $2,500.00 | 2 | $1,250.00 |
| 4/8/24 | **Hon. James L Smith (Ret.)** Hearing - Federal Court - L.A. | 5.00 | $500.00 | $2,500.00 | 2 | $1,250.00 |
| 4/8/24 | **Daniel Garrie Esq.** Prepare for Court hearing (1.5); Meet with the Court and SMP (5.2); | 6.70 | $500.00 | $3,350.00 | 2 | $1,675.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

# INVOICE



**Invoice Date**
4/30/2024

**Invoice Number**
7149448

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 4/9/24 | **Daniel Garrie Esq.**<br>Travel time related to Court hearings | 4.00 | $500.00 | $2,000.00 | 2 | $1,000.00 |
| 4/18/24 | **Daniel Garrie Esq.**<br>Review filings on the dockets | 1.20 | $500.00 | $600.00 | 2 | $300.00 |
| 4/18/24 | **Hon. James L Smith (Ret.)**<br>Harris deposition | 7.00 | $500.00 | $3,500.00 | 2 | $1,750.00 |
| 4/19/24 | **Daniel Garrie Esq.**<br>Monitor deposition | 4.00 | $500.00 | $2,000.00 | 2 | $1,000.00 |
| 4/29/24 | **Hon. James L Smith (Ret.)**<br>Zoom Conference - deposition monitoring - Braverman | 7.50 | $500.00 | $3,750.00 | 2 | $1,875.00 |
| 4/30/24 | **Hon. James L Smith (Ret.)**<br>Additional Hearing Time | 5.00 | $500.00 | $2,500.00 | 2 | $1,250.00 |
| 4/30/24 | Case Management Fee | | | | | $2,596.75 |
| | | | | Fees | | $22,571.75 |
| 3/29/24 | **Daniel Garrie Esq.**<br>Air Travel | | | | | $601.20 |
| 4/9/24 | **Daniel Garrie Esq.**<br>Hotel | | | | | $126.26 |
| | | | | Expenses | | $727.46 |

| | |
|---|---|
| **Fees** | $22,571.75 |
| **Expenses** | $727.46 |
| **Invoice Total** | $23,299.21 |

*Account Balance at 1/15/2025 $64,233.67*

*David O. Carter*    01-21-2025

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

| Standard mail: | Overnight mail: |
|---|---|
| **P.O. Box 845402** | **18881 Von Karman Ave. Suite 350** |
| **Los Angeles, CA 90084** | **Irvine, CA 92612** |



# INVOICE

**Invoice Date**
5/31/2024

**Invoice Number**
7193708

Bill To:
**Silvia Green**
**Robins Kaplan LLP**
**800 LaSalle Ave.**
**Suite 2800**
**Minneapolis, MN 55402**
**US**

| Reference #: | 1220075673 - Rep# 18 |
|---|---|
| Billing Inquiries: | **Hart, Lynne** |
| Email: | **lhart@jamsadr.com** |
| Telephone: | **949-224-4628** |
| Employer ID: | **68-0542699** |

RE: **Powers, Jeffrey, et al. vs. McDonough, Denis Richard, et al. (2:22-cv-08357-DOC-JEM)**

Representing: **Jeffrey Powers ; Deavin Sessom ; Laurieann Wright ; Samuel Castellanos ; Joseph Fields ; Lavon Johnson ; Billy Edwards ; Jessica Miles ; Joshua Robert Petitt ; Glenn Surrette ; Naryan Stibbie ; Nation**

Neutral(s): **Daniel Garrie, Esq.**
**Hon. James Smith, (Ret.)**

Hearing Type: **COURT REFERENCE**    LB

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 4/30/24 | **Daniel Garrie Esq.** Prepare and attend and monitor depositions. | 7.90 | $500.00 | $3,950.00 | 2 | $1,975.00 |
| 5/1/24 | **Daniel Garrie Esq.** Review court filings to date | 2.50 | $500.00 | $1,250.00 | 2 | $625.00 |
| 5/7/24 | **Daniel Garrie Esq.** Prepare and attend and monitor depositions - blocked half day. | 4.00 | $500.00 | $2,000.00 | 2 | $1,000.00 |
| 5/7/24 | **Hon. James L Smith (Ret.)** Sessom Depo monitoring | 4.00 | $500.00 | $2,000.00 | 2 | $1,000.00 |
| 5/13/24 | **Daniel Garrie Esq.** Skim new filing on docket | 0.60 | $500.00 | $300.00 | 2 | $150.00 |
| 5/14/24 | **Daniel Garrie Esq.** Prepare and attend and monitor deposition - default half day billed | 4.00 | $500.00 | $2,000.00 | 2 | $1,000.00 |
| 5/21/24 | **Hon. James L Smith (Ret.)** Depo of Johnson | 4.00 | $500.00 | $2,000.00 | 2 | $1,000.00 |
| 5/22/24 | **Daniel Garrie Esq.** Deposition was canceled early. | 4.00 | $500.00 | $2,000.00 | 2 | $1,000.00 |
| 5/31/24 | Case Management Fee | | | | | $1,007.50 |
| | | | | Fees | | $8,757.50 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

# INVOICE



**Invoice Date**
5/31/2024

**Invoice Number**
7193708

|  |  |
|---|---|
| **Fees** | $8,757.50 |
| **Invoice Total** | $8,757.50 |

*Account Balance at 1/15/2025 $64,233.67*

*David O. Carter*   01-21-2025

---

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

| Standard mail: | Overnight mail: |
|---|---|
| **P.O. Box 845402** | **18881 Von Karman Ave. Suite 350** |
| **Los Angeles, CA 90084** | **Irvine, CA 92612** |

# INVOICE



**Invoice Date**
6/28/2024

**Invoice Number**
7232930

Bill To:  **Silvia Green**
**Robins Kaplan LLP**
**800 LaSalle Ave.**
**Suite 2800**
**Minneapolis, MN 55402**
**US**

| Reference #: | 1220075673 - Rep# 18 |
|---|---|
| Billing Inquiries: | **Hart, Lynne** |
| Email: | **lhart@jamsadr.com** |
| Telephone: | **949-224-4628** |
| Employer ID: | **68-0542699** |

RE: **Powers, Jeffrey, et al. vs. McDonough, Denis Richard, et al. (2:22-cv-08357-DOC-JEM)**

Representing: **Jeffrey Powers ; Deavin Sessom ; Laurieann Wright ; Samuel Castellanos ; Joseph Fields ; Lavon Johnson ; Billy Edwards ; Jessica Miles ; Joshua Robert Petitt ; Glenn Surrette ; Naryan Stibbie ; Nation**

Neutral(s):  **Daniel Garrie, Esq.**
**Hon. James Smith, (Ret.)**

Hearing Type:  **COURT REFERENCE**          LB

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 6/4/24 | **Daniel Garrie Esq.** Did not monitor, canceled but did not provide appropriate notice. | 4.00 | $500.00 | $2,000.00 | 2 | $1,000.00 |
| 6/6/24 | **Hon. James L Smith (Ret.)** Conference call with parties. Zoom depo of UC | 8.00 | $500.00 | $4,000.00 | 2 | $2,000.00 |
| 6/12/24 | **Hon. James L Smith (Ret.)** Zoom Conference depo of Johnson | 8.00 | $500.00 | $4,000.00 | 2 | $2,000.00 |
| 6/13/24 | **Daniel Garrie Esq.** Attend all day deposition monitoring | 8.10 | $500.00 | $4,050.00 | 2 | $2,025.00 |
| 6/18/24 | **Daniel Garrie Esq.** Review plaintiff deposition. | 2.10 | $500.00 | $1,050.00 | 2 | $525.00 |
| 6/18/24 | **Daniel Garrie Esq.** Finish review of plaintiff deposition (1.3); review Federal government motions (2.8) | 4.10 | $500.00 | $2,050.00 | 2 | $1,025.00 |
| 6/19/24 | **Hon. James L Smith (Ret.)** Review Submissions from the parties | 1.00 | $500.00 | $500.00 | 2 | $250.00 |
| 6/19/24 | **Daniel Garrie Esq.** Review statutes and regulations | 2.20 | $500.00 | $1,100.00 | 2 | $550.00 |
| 6/19/24 | **Hon. James L Smith (Ret.)** Zoom Conference depos of NVF and Wright | 6.00 | $500.00 | $3,000.00 | 2 | $1,500.00 |
| 6/20/24 | **Daniel Garrie Esq.** Prepare for hearing on Section 205 and 207 regulation (2.8); | 2.80 | $500.00 | $1,400.00 | 2 | $700.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

# INVOICE



**Invoice Date**
6/28/2024

**Invoice Number**
7232930

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 6/20/24 | **Hon. James L Smith (Ret.)**<br>Conference call with parties | 7.00 | $500.00 | $3,500.00 | 2 | $1,750.00 |
| 6/26/24 | **Hon. James L Smith (Ret.)**<br>Report and Recommendation of Special Master Panel regarding 18 U.S.C. 205/207 issue. | 1.50 | $500.00 | $750.00 | 2 | $375.00 |
| 6/26/24 | **Daniel Garrie Esq.**<br>Review party submissions and statutes re: testimony of Dr. Sherin | 2.50 | $500.00 | $1,250.00 | 2 | $625.00 |
| 6/26/24 | **Hon. James L Smith (Ret.)**<br>Monitoring of SafetyPark depo | 4.00 | $500.00 | $2,000.00 | 2 | $1,000.00 |
| 6/26/24 | **Daniel Garrie Esq.**<br>Draft report and recommendation re: Dr. Sherin testimony issue | 5.30 | $500.00 | $2,650.00 | 2 | $1,325.00 |
| 6/28/24 | Case Management Fee | | | | | $2,164.50 |
| | | | Fees | | | $18,814.50 |

| | |
|---|---|
| **Fees** | $18,814.50 |
| **Invoice Total** | $18,814.50 |

*Account Balance at 1/15/2025 $64,233.67*

*David O. Carter*        01-21-2025

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

# INVOICE



**Invoice Date**
7/31/2024

**Invoice Number**
7277002

Bill To: **Silvia Green**
**Robins Kaplan LLP**
**800 LaSalle Ave.**
**Suite 2800**
**Minneapolis, MN 55402**
**US**

| **Reference #:** | **1220075673 - Rep# 18** |
|---|---|
| Billing Inquiries: | **Hart, Lynne** |
| Email: | **lhart@jamsadr.com** |
| Telephone: | **949-224-4628** |
| Employer ID: | **68-0542699** |

RE: **Powers, Jeffrey, et al. vs. McDonough, Denis Richard, et al. (2:22-cv-08357-DOC-JEM)**

Representing: **Jeffrey Powers ; Deavin Sessom ; Laurieann Wright ; Samuel Castellanos ; Joseph Fields ; Lavon Johnson ; Billy Edwards ; Jessica Miles ; Joshua Robert Petitt ; Glenn Surrette ; Naryan Stibbie ; Nation**

Neutral(s): **Daniel Garrie, Esq.**
**Hon. James Smith, (Ret.)**

Hearing Type: **COURT REFERENCE**               LB

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 6/27/24 | **Hon. James L Smith (Ret.)** Telephone conference with the Court | 0.75 | $500.00 | $375.00 | 2 | $187.50 |
| 6/27/24 | **Daniel Garrie Esq.** Work on report and recommendation re: Dr. Sherin | 3.30 | $500.00 | $1,650.00 | 2 | $825.00 |
| 6/27/24 | **Daniel Garrie Esq.** Monitor deposition | 5.30 | $500.00 | $2,650.00 | 2 | $1,325.00 |
| 6/28/24 | **Hon. James L Smith (Ret.)** HACLA Deposition | 4.50 | $500.00 | $2,250.00 | 2 | $1,125.00 |
| 7/18/24 | **Hon. James L Smith (Ret.)** Monitoring deposition of Dr. Sherin | 8.00 | $500.00 | $4,000.00 | 2 | $2,000.00 |
| 7/31/24 | Case Management Fee | | | | | $710.13 |
| | | | | Fees | | $6,172.63 |

| | |
|---|---|
| **Fees** | $6,172.63 |
| **Invoice Total** | $6,172.63 |

*Account Balance at 1/15/2025 $64,233.67*

*David O. Carter*     01-21-2025

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**