UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEFFREY POWERS; DEAVIN SESSOM; LAURIEANN WRIGHT; JOSEPH FIELDS; LAVON JOHNSON; JOSHUA ROBERT PETITT; NATIONAL VETERANS FOUNDATION,<br><br>         Plaintiffs - Appellees,<br><br>BRIDGELAND RESOURCES, LLC,<br><br>         Intervenor-Plaintiff - Appellee,<br><br>  v.<br><br>DENIS RICHARD MCDONOUGH; STEVEN BRAVERMAN; KEITH HARRIS; MARCIA L. FUDGE; DOUGLAS GUTHRIE,<br><br>         Defendants - Appellees,<br><br>  v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>         Not Party in Lower Court - Appellant. | No.   24-6338<br><br>D.C. No. 2:22-cv-08357-DOC-KS Central District of California, Los Angeles<br><br>ORDER |
| JEFFREY POWERS; DEAVIN SESSOM; LAURIEANN WRIGHT; JOSEPH FIELDS; LAVON JOHNSON; JOSHUA ROBERT PETITT; NATIONAL VETERANS FOUNDATION, | No.   24-6576<br><br>D.C. No. 2:22-cv-08357-DOC-KS Central District of California, |

|  | Los Angeles |
|---|---|
| Plaintiffs - Appellees, <br><br> and <br><br> SAMUEL CASTELLANOS, SHARDAY ANYADIEGWU, BILLY EDWARDS, JESSICA MILES, GLENN SURRETTE, NARYAN STIBBIE, DOES 1-10, <br><br> Plaintiffs, <br><br> BRIDGELAND RESOURCES, LLC, <br><br> Intervenor-Plaintiff - Appellee, <br><br> v. <br><br> DENIS RICHARD MCDONOUGH; STEVEN BRAVERMAN; KEITH HARRIS; MARCIA L. FUDGE, <br><br> Defendants - Appellants, <br><br> and <br><br> DOUGLAS GUTHRIE, <br><br> Defendant - Appellee, <br><br> --------------------------------------- <br><br> BRENTWOOD SCHOOL, <br><br> Intervenor. |  |

| JEFFREY POWERS; DEAVIN SESSOM; LAURIEANN WRIGHT; JOSEPH FIELDS; LAVON JOHNSON; | No.   24-6578 <br><br> D.C. No. |

| | |
|---|---|
| JOSHUA ROBERT PETITT; NATIONAL VETERANS FOUNDATION,<br><br>Plaintiffs - Appellees,<br><br>and<br><br>SAMUEL CASTELLANOS, SHARDAY ANYADIEGWU, BILLY EDWARDS, JESSICA MILES, GLENN SURRETTE, NARYAN STIBBIE, DOES 1-10,<br><br>Plaintiffs,<br><br>BRIDGELAND RESOURCES, LLC,<br><br>Intervenor-Plaintiff - Appellant,<br><br>v.<br><br>DENIS RICHARD MCDONOUGH; STEVEN BRAVERMAN; KEITH HARRIS; MARCIA L. FUDGE; DOUGLAS GUTHRIE,<br><br>Defendants - Appellees. | 2:22-cv-08357-DOC-KS<br>Central District of California, Los Angeles |
| JEFFREY POWERS; DEAVIN SESSOM; LAURIEANN WRIGHT; JOSEPH FIELDS; LAVON JOHNSON; JOSHUA ROBERT PETITT; NATIONAL VETERANS FOUNDATION,<br><br>Plaintiffs - Appellees,<br><br>and<br><br>SAMUEL CASTELLANOS, SHARDAY ANYADIEGWU, BILLY EDWARDS, | No.    24-6603<br><br>D.C. No.<br>2:22-cv-08357-DOC-KS<br>Central District of California, Los Angeles |

JESSICA MILES, GLENN SURRETTE,
NARYAN STIBBIE, DOES 1-10,

      Plaintiffs,

BRIDGELAND RESOURCES, LLC,

      Intervenor-Plaintiff - Appellee,

  v.

DENIS RICHARD MCDONOUGH;
STEVEN BRAVERMAN; KEITH HARRIS;
MARCIA L. FUDGE; DOUGLAS
GUTHRIE,

      Defendants - Appellees,

  v.

REGENTS OF THE UNIVERSITY OF
CALIFORNIA,

      Not Party in Lower Court -
Appellant.

---

JEFFREY POWERS; DEAVIN SESSOM;
LAURIEANN WRIGHT; JOSEPH FIELDS;
LAVON JOHNSON; JOSHUA ROBERT
PETITT; NATIONAL VETERANS
FOUNDATION,

      Plaintiffs - Appellees,

BRIDGELAND RESOURCES, LLC,

      Intervenor-Plaintiff - Appellee,

  v.

No.   24-6888

D.C. No.
2:22-cv-08357-DOC-KS
Central District of California,
Los Angeles

DENIS RICHARD MCDONOUGH;
STEVEN BRAVERMAN; KEITH HARRIS;
MARCIA L. FUDGE; DOUGLAS
GUTHRIE,

           Defendants - Appellees,

  v.

BRENTWOOD SCHOOL, Proposed
Intervenor,

           Movant - Appellant.

Before: Consuelo M. Callahan, Roopali H. Desai, and Ana de Alba, Circuit Judges.

The mandates issued in Cases Nos. 24-6578, 24-6888, 24-6576, and consolidated Cases Nos. 24-6338 and 24-6603 are recalled.  Appellees' Denis Richard McDonough, Steven Braveman, Keith Harris, and Marcia L. Fudge, motion to clarify or amend the mandate, (Dkt. No. 84), is denied as moot.